| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Lerach Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | |
| Plaintiff: Andrew R. May et al | |
| Defendant: Telik, Inc. et al | |

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV4819 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:                Telik, Inc.
   b. Person served:               William Kaplan, Agent for Service of Process

4. Address where the party was served:    3165 Porter Drive
                                          Palo Alto, CA  94304

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 20, 2007 (2) at: 2:50PM

7. **Person Who Served Papers:**
   a. Sylvia Doneza
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   6/29/07
   (Date)         (Signature)



ROBERT DOLLEN
COMM. #1710269
NOTARY PUBLIC • CALIFORNIA
SAN MATEO COUNTY
Comm. Exp. DEC. 11, 2010

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  12-11-10
                            (Date)

                                     (Notary Public))

AFFIDAVIT OF SERVICE
Summons & Complaint

*sarud.100403*