| Attorney or Party without Attorney: Samuel H. Rudman, Esq. Lerach Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100   FAX No: 631-367-1173 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | | |
| Plaintiff: Andrew R. May et al | | |
| Defendant: Telik, Inc. et al | | |

| **AFFIDAVIT OF SERVICE** **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV4819 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:                Michael M. Wick
   b. Person served:              Michael M. Wick, Personally

4. Address where the party was served:    135 Hardwick Road
                                           Woodside, CA 94062

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 25, 2007 (2) at: 7:38PM

7. **Person Who Served Papers:**
   a. Jim Cervantes
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6-29-07                    J. Cervantes
(Date)                     (Signature)



8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  12-11-10
                       (Date)

AFFIDAVIT OF SERVICE                (Notary Public))
Summons & Complaint

sarud.100404