| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court - Southern District Of New York |

*Plaintiff:* Andrew R. May et al
*Defendant:* Telik, Inc. et al

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV4819 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:         Lehman Brothers Holdings Inc.
   b. Person served:        Cathy Krieger-Jewell, Authorized to Accept Service

4. Address where the party was served:    c/o Prentice Hall Corporation System Inc
                                          80 State Street
                                          Albany, NY  12207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 12:10PM

7. **Person Who Served Papers:**
   a. Michael Alvaro
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of
   New York that the foregoing is true and correct.

   6/21/07           [signature]
   (Date)            (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.   on 6/21/07

   My Commission Expires  12/26/09
                          (Date)

   GARY T. SMITH
   NOTARY PUBLIC - STATE OF NEW YORK
   NO. 01SM5053659
   QUALIFIED IN ALBANY COUNTY
   COMMISSION EXPIRES DECEMBER 26, 2009

   AFFIDAVIT OF SERVICE        (Notary Public)
   Summons & Complaint                              sarud.100407