| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>*Telephone No:* 631-367-7100     *FAX No:* 631-367-1173<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Southern District Of New York

*Plaintiff:* Andrew R. May et al
*Defendant:* Telik, Inc. et al

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV4819 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served: Bear, Stearns & Co. Inc.
   b. Person served: Elena Boutakova, Process Specialist/Authorized to Accept Service

4. Address where the party was served:  c/o CT Corporation System
   111 Eighth Avenue
   New York, NY  10011

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 10:45AM

7. *Person Who Served Papers:*
   a. Steven Mitchell
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6-25-07
(Date)          (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State

My Commission Expires  02/03/10
                       (Date)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

AFFIDAVIT OF SERVICE                (Notary Public)
Summons & Complaint                                      sarud.100408