| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747 | | |
| Telephone No: 631-367-7100     FAX No: 631-367-1173 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| Plaintiff: Andrew R. May et al |
|---|
| Defendant: Telik, Inc. et al |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV4819 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:            Lazard Freres & Co LLC
   b. Person served:           Steven Pearl, Chief Compliance Officer/Authorized to Accept Service

4. Address where the party was served:    30 Rockefeller Plaza
                                          New York, NY  10020

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 3:40PM

7. **Person Who Served Papers:**
   a. Jason Agee
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   6-22-07
   (Date)                                   (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State

   My Commission Expires  02/03/10
                          (Date)

   MICHAEL KEATING
   Notary Public, State of New York
   Reg. No. 01-KE-4851559
   Qualified in New York County
   Commission Expires February 3, 2010

                                            (Notary Public)

   AFFIDAVIT OF SERVICE
   Summons & Complaint                                      sarud.100410