| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone No: 631-367-7100     FAX No: 631-367-1173 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |
| Plaintiff: Andrew R. May et al |
| Defendant: Telik, Inc. et al |

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV4819 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:         Fortis Securities Inc
   b. Person served:        Elaine Ibarronto, Legal Assistant/Authorized to Accept Service

4. Address where the party was served:     520 Madison Avenue
                                           3rd Floor
                                           New York, NY  10022

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 1:50PM

7. **Person Who Served Papers:**
   a. Jason  Agee
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6-22-07
(Date)            (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 /0

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  02/03/10
                          (Date)

                                    AFFIDAVIT OF SERVICE              (Notary Public)
                                    Summons & Complaint                                    sarud.100411