| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Lerach Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY  11747 <br> Telephone No: 631-367-7100      FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | |
| Plaintiff: Andrew R. May et al | |
| Defendant: Telik, Inc. et al | |

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV4819 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:                    J.P. Morgan Securities Inc
   b. Person served:                   Doreen Bertone, Legal Specialist III/Authorized to Accept Service

4. Address where the party was served:    c/o JPMorgan Chase Bank, N.A.
                                          One Chase Manhattan Plaza
                                          New York, NY  10005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 1:50PM

7. **Person Who Served Papers:**
   a. Bobby Ali
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6-22-07
(Date)          (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 02/03/10
(Date)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

AFFIDAVIT OF SERVICE
Summons & Complaint        (Notary Public)        sarud-100412