

RECEIVED
JUL 10 2007
CHAMBERS OF
COLLEEN McMAHON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

McMAHON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANDREW R. MAY, On Behalf of Himself and
All Others Similarly Situated,

            Plaintiff,

   -against-

TELIK, INC., MICHAEL M. WICK, CYNTHIA M.
BUTITTA, UBS SECURITIES LLC, LEHMAN
BROTHERS HOLDINGS INC., BEAR, STEARNS &
CO., INC., NEEDHAM & COMPANY, INC.,
LAZARD FRÈRES & CO. LLC, FORTIS
SECURITIES INC., and J.P. MORGAN SECURITIES
INC.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 4819 (CM)

STIPULATION & ORDER

      Subject to the approval of the Court, counsel for plaintiff and counsel for defendants UBS Securities LLC, Lehman Brothers Holdings Inc., Bear, Stearns & Co. Inc., Needham & Company, Inc., Lazard Frères & Co. LLC, Fortis Securities Inc., and J.P. Morgan Securities Inc. (the "Underwriter Defendants") have conferred and agreed upon the following schedule:

      1.    The time for the Underwriter Defendants to answer, move or otherwise respond to the Complaint is adjourned *sine die*.

      2.    Lead Plaintiff shall file its Consolidated Amended Class Action Complaint ("Amended Complaint") forty-five days (45) after the entry of an order appointing Lead Plaintiff;

3. The Underwriter Defendants shall move or otherwise respond to the Amended Complaint within forty-five days (45) after service of the Amended Complaint;

4. Should the Underwriter Defendants file a Motion, rather than an Answer, Lead Plaintiff shall file its Opposition to any Motion to Dismiss within forty-five days (45) after service of the Underwriter Defendants' Motion to Dismiss; and

5. The Underwriter Defendants shall file their Reply to Lead Plaintiff's Opposition to Defendants' Motion to Dismiss within thirty days (30) after service of Lead Plaintiff's Opposition.

Dated: New York, New York
July 3, 2007

| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | COVINGTON & BURLING LLP |
|---|---|
| By /s/ Samuel H. Rudman<br>Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba Jr.<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br><br>Darren J. Robbins<br>Mary K. Blasy<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>Marc S. Henzel<br>Law Offices of Marc S. Henzel<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwyd, PA 19004<br>(610) 660-8000<br><br>*Attorneys for Plaintiff* | By /s/ Linda C. Goldstein<br>David W. Haller<br>Linda C. Goldstein<br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 841-1000<br><br>*Attorneys for Defendants UBS Securities LLC, Lehman Brothers Holdings Inc., Bear, Stearns & Co. Inc., Needham & Company, Inc., Lazard Frères & Co. LLC, Fortis Securities Inc., and J.P. Morgan Securities Inc.*<br><br>SO ORDERED:<br><br>/s/<br>U.S.D.J.<br><br>7/10-07 |

-2-