```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07
```

RECEIVED JUL 31 2007 CHAMBERS OF COLLEEN McMAHON

McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

-against-

TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO. LLC, FORTIS SECURITIES INC., and J.P. MORGAN SECURITIES INC.,

    Defendants.

---------------------------------------x

07 Civ. 4819 (CM)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their undersigned counsel, as follows:

    1.    Counsel for defendants has agreed to accept service of the summons and complaint for defendant Cynthia M. Butitta.

    2.    The time for defendants Telik, Inc., Michael M. Wick and Cynthia M. Butitta (the "Defendants") to answer, move or otherwise respond to the Complaint is adjourned *sine die*;

    3.    ~~Lead Plaintiff shall file its Consolidated Amended Class Action Complaint ("Amended Complaint") forty-five days (45) after the entry of an order appointing Lead Plaintiff;~~

[Handwritten: The Court will set a schedule (much shorter than this one) at the conclusion of the opinion on the lead plaintiff motion. CM]

ny-767452

4. The Defendants shall move or otherwise respond to the Amended Complaint within forty-five days (45) after service of the Amended Complaint;

5. Should the Defendants file a Motion, rather than an Answer, Lead Plaintiff shall file its Opposition to any Motion to Dismiss with forty-five days (45) after the service of the Defendants' Motion to Dismiss; and

6. The Defendants shall file their Reply to Lead Plaintiff's Opposition to Defendants' Motion to Dismiss with thirty days (30) after service of Lead Plaintiff's Opposition.

7. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve any and all defenses.

There has been no previous request for an extension of time in connection with this matter.

Dated: New York, New York
July 30, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: /s/ David Rosenfeld
Samuel H. Rudman
David A. Rosenfeld (DR-7564)
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Darren J. Robbins
Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

MORRISON & FOERSTER LLP

By: /s/ James Levitt
Jack C. Auspitz
James A. Levitt
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

*Attorneys for Defendants*
Telik, Inc., Michael M. Wick and Cynthia M. Butitta

2

ny-767452

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
(610) 660-8000

*Attorneys for Plaintiff*

SO ORDERED

New York, New York
Date: _____

7/31/07

_____
United States District Judge