UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ————————————————— x<br>:<br>ANDREW R. MAY, on Behalf of Himself and  :<br>All Others Similarly Situated,  :<br>:<br>        Plaintiff,  :<br>:<br>        v.  :<br>:<br>TELIK, INC., MICHAEL M. WICK,  :<br>CYNTHIA M. BUTITTA, UBS SECURITIES  :<br>LLC, LEHMAN BROTHERS HOLDINGS,  :<br>INC., BEAR, STEARNS & CO., INC.,  :<br>NEEDHAM & COMPANY, INC., LAZARD  :<br>FRÈRES & CO. LLC, FORTIS SECURITIES  :<br>INC., and J.P. MORGAN SECURITIES INC.,  :<br>:<br>        Defendants.  :<br>—————————————————  :<br>:<br>KEVIN HENNESSY, Individually and On  :<br>Behalf of All Others Similarly Situated,  :<br>:<br>        Plaintiff,  :<br>:<br>        v.  :<br>:<br>TELIK, INC., MICHAEL M. WICK,  :<br>CYNTHIA M. BUTITTA, UBS SECURITIES  :<br>LLC, LEHMAN BROTHERS HOLDINGS  :<br>INC., and J.P. MORGAN SECURITIES, INC.,  :<br>:<br>        Defendants.  :<br>————————————————— x | Civil Action No.:  07 Civ. 4819 (CM)<br><br>CLASS ACTION<br><br><br><br><br>APPEARANCE<br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No.  07 Civ. 5707 (CM)<br><br>CLASS ACTION |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for ZVI Trading Corp. Employees' Money Purchase Pension Plan & Trust.

I certify that I am admitted to practice in this Court.

Dated:   August 6, 2007                               **WEISS & LURIE**

/s/ James E. Tullman
Joseph H. Weiss (JW-4534)
James E. Tullman (JT-9597)
551 Fifth Avenue
New York, New York 10176
Tel:    (212) 682-3025
Fax:   (212) 682-3010
Email: jtullman@weisslurie.com

- and -

**WEISS & LURIE**
Jordan L. Lurie
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:    (310) 208-2800
Fax:   (310) 209-2348
Email: jlurie@weisslurie.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff and the Class