UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, on Behalf of Himself and All Others Similarly Situated, | Civil Action No.: 07 Civ. 4819 (CM) |
| Plaintiff, | CLASS ACTION |
| v. | NOTICE OF MOTION AND MOTION OF ZVI TRADING CORP. EMPLOYEES' MONEY PURCHASE PENSION PLAN & TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |
| TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRÈRES & CO. LLC, FORTIS SECURITIES INC., and J.P. MORGAN SECURITIES INC., | |
| Defendants. | |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | |
| TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS INC., and J.P. MORGAN SECURITIES, INC., | Civil Action No. 07 Civ. 5707 (CM) |
| Defendants. | CLASS ACTION |

PLEASE TAKE NOTICE that class member ZVI Trading Corp. Employees' Money Purchase Pension Plan & Trust ("Movant") by his counsel, will hereby move this Court, on a date and at such a time as may be designated by the Court, for an Order (filed concurrently herewith) to: (i) consolidate the above-captioned related actions; (ii) appoint Movant as Lead Plaintiff with respect to claims asserted against the defendants pursuant to §§11, 12(a)(2) and 15 of the Securities Act of 1933 and §§10(b) and 20(a) of the Securities Exchange Act of 1934; (iii) approve Movant's selection of the law firm Weiss & Lurie to serve as Lead Counsel for the plaintiff class; and (iv) grant such other and further relief as the Court may deem just and proper. In support of this Motion, Movant respectfully submits herewith a Memorandum of Law and Declaration of James E. Tullman dated August 6, 2007.

Dated: August 6, 2007

**WEISS & LURIE**

/s/ James E. Tullman
Joseph H. Weiss (JW-4534)
James E. Tullman (JT-9597)
551 Fifth Avenue
New York, New York 10176
Tel:    (212) 682-3025
Fax:    (212) 682-3010
Email: jtullman@weisslurie.com
         - and -
**WEISS & LURIE**
Jordan L. Lurie
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:    (310) 208-2800
Fax:    (310) 209-2348
Email: jlurie@weisslurie.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff and the Class

1