UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANDREW R. MAY, on Behalf of Himself and All Others Similarly Situated, | : : : : : | Civil Action No.: 07 Civ. 4819 (CM) |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRÈRES & CO. LLC, FORTIS SECURITIES INC., and J.P. MORGAN SECURITIES INC., | : : : : : : : : | CERTIFICATE OF SERVICE |
| Defendants. | : : | |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 07 Civ. 5707 (CM) |
| TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS INC., and J.P. MORGAN SECURITIES, INC., | : : : : : | CLASS ACTION |
| Defendants. | : | |

I, James E. Tullman, hereby certify that on August 6, 2007, I caused a true and correct copy of the following documents to be served via first class mail to the counsel listed below:

Appearance;

Notice of Motion and Motion of ZVI Trading Corp. Employees' Money Purchase Pension Plan & Trust for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;

Memorandum of Law in Support of the Motion of ZVI Trading Corp. Employees' Money Purchase Pension Plan & Trust for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;

Declaration of James E. Tullman in Support of the Motion of ZVI Trading Corp. Employees' Money Purchase Pension Plan & Trust for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and

[Proposed] Order Consolidating the Actions, Appointing Lead Plaintiff and Approving Selection of Lead Counsel

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| Evan J. Smith<br>BRODSKY & SMITH, LLC<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>Tel:   (516) 741-4977<br>Fax:  (516) 741-0625 | Jack C. Auspitz<br>Jamie A. Levitt<br>MORRISON & FOERSTER<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Tel:   (212) 468-8000 |
| Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY<br>  TOPAZ & KESSLER LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:   (610) 667-7706<br>Fax:  (610) 667-7056<br><br>*Counsel for Plaintiff Kevin Hennessy* | *Counsel for Defendants Telik, Inc., Michael M. Wick and Cynthia M. Butitta*<br><br>David W. Haller<br>Linda C. Goldstein<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel:   (212) 841-1000<br><br>*Counsel for Defendants UBS Securities LLC, Lehman Brothers Holdings Inc., Bear Stearns & Co., Inc., Needham & Co., Inc.,* |

*Lazard Freres & Co. LLC, Fortis Securities, Inc. and J.P. Morgan Securities, Inc.*

Dated:  August 6, 2007                                         **WEISS & LURIE**

/s/ James E. Tullman
Joseph H. Weiss (JW-4534)
James E. Tullman (JT-9597)
551 Fifth Avenue
New York, New York 10176
Tel:     (212) 682-3025
Fax:    (212) 682-3010
Email: jtullman@weisslurie.com
            - and -
**WEISS & LURIE**
Jordan L. Lurie
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:    (310) 208-2800
Fax:   (310) 209-2348
Email: jlurie@weisslurie.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff and the Class