UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANDREW R. MAY, Individually and on                :
Behalf of All Others Similarly Situated,          :         07-Civ-4819-CM
                                                  :
            Plaintiff,                            :
                                                  :
    vs.                                           :
                                                  :
TELIK CORPORATION, MICHAEL M. WICK                :
CYNTHIA M. BUTITTA, UBS SECURITIES                :
LLC, LEHMAN BROTHERS, HOLDINGS INC.               :
BEAR STEARNS & CO., INC., NEEDHAM &               :
COMPANY, INC., LAZARD FRERES & CO.,               :
LLC., FORTIS SECURITIES INC. AND J.P.             :
MORGAN SECURITIES INC.,                           :
            Defendants.                           :
------------------------------------------------------------X
KEVIN HENNESSY, Individually and on               :
Behalf of All Others Similarly Situated,          :         07-Civ-5707-CM
                                                  :
            Plaintiff,                            :
                                                  :
    vs.                                           :
                                                  :
TELIK CORPORATION, MICHAEL M. WICK                :
CYNTHIA M. BUTITTA, UBS SECURITIES                :
LLC, LEHMAN BROTHERS, HOLDINGS INC.               :
AND J.P. MORGAN SECURITIES INC.,                  :
                                                  :
            Defendants.                           :
------------------------------------------------------------X

**DECLARATION OF ELIZABETH A. SCHMID ESQ. IN SUPPORT OF THE MOTION OF THE MEHAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

I, Elizabeth A. Schmid, Esq., hereby declare:

1. I am an attorney at the law firm of Brower Piven, A Professional Corporation. I submit this declaration in support of the motion of the Mehan Group for appointment as Lead Plaintiffs and approval of their selection of Lead and Liaison Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice published over Business Wire on June 6, 2007.

3. Attached hereto as Exhibit A is a true and correct copy of the complaint filed on June 14, 2007 in *Hennessy v. Telik Inc.*, 07-cv-5707-CM (S.D.N.Y. June 14, 2007).

4. Attached hereto as Exhibit C is a true and correct copy of a chart summarizing the transactions of the Mehan Group in Telik Corporation common stock during the class period.

5. Attached hereto as Exhibit D are true and correct copies of the plaintiffs' certifications executed by the Mehan Group, demonstrating their class standing and requisite financial interest in the outcome of the litigation.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume of Brower Piven, A Professional Corporation.

Executed on this 6th day of August 2007

/s/ Elizabeth A. Schmid
Elizabeth A. Schmid