UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM &COMPANY, INC., LAZARD FRERES & CO. LLC, FORTIS SECURITIES, INC. and J.P. MORGAN SECURITIES, INC <br><br> Defendants. | ) Civil No. 1:07-CV-04819-CM <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) <u>ELECTRONICALLY FILED</u> <br> ) |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC. and J.P. MORGAN SECURITIES, INC. <br><br> Defendants. | ) Civil No. 1:07-CV-5707-CM <br> ) <br> ) <u>CLASS ACTION</u> <br> ) |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Steven E. Fineman, Esq., a member in good standing of this Court, and a partner of the firm Lieff, Cabraser, Heimann & Bernstein, LLP, hereby enters his appearance as counsel

722603.1

of record on behalf of Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. in the above-captioned action, and requests that copies of all notices, pleadings, and other documents filed in this proceeding be provided to him.

Dated: New York, New York  
August 6, 2007

   /s  Steven E. Fineman_____  
Steven E. Fineman, Bar No. SF 8481  
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP  
780 Third Avenue  
48th Floor  
New York, NY  10017  
Tel. (212) 355-9500  
Fax (212) 355-9592  
E-mail: sfineman@lchb.com

*Attorney for Erste-Sparinvest Kapitalanlagegesellschaft m.b.H.*