**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
   email:   pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
   email:   lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for Lead Plaintiffs and Class

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br><br>   vs.<br><br>TELIK, INC., et al.<br><br>                    Defendants. | Case No.: 1:07-cv-04819 (CM)<br><br>**NOTICE OF MOTION OF THE TELIK INVESTOR GROUP TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL** |
| KEVIN HENNESSY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br><br>   vs.<br><br>TELIK, INC., et al.<br><br>                    Defendants. | Case No.:  1:07-cv-05707 (CM) |

      **PLEASE TAKE NOTICE** that pursuant to Section 21 D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs Carlos Caprioglio, Hillel Abrams, and Shirish and Geeta

Shah, (the "Telik Investor Group" or "Movants") hereby moves this Court, the Honorable Colleen McMahon, United States District Judge, for an order:

    (a)    consolidating the related actions;

    (b)    appointing the Telik Investor Group and each of its members to serve as Lead Plaintiffs in the Consolidated actions; and

    (c)    approving Telik Investor Group's selection of The Rosen Law Firm P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movants submit: (1) the Declaration of Phillip Kim dated August 6, 2007 (with exhibits); (2) Memorandum of Law dated August 6, 2007; and (3) a [Proposed] Order granting Movants' Motion to consolidate related actions, appointing Lead Plaintiffs, and approving Lead Plaintiffs' selection of Counsel.

                                          Respectfully submitted,

Dated: August 6, 2007

                                         /s/ Phillip Kim
                                  Phillip Kim, Esq. (PK 9384)
                                  Laurence M. Rosen, Esq. (LR 5733)
                                  **THE ROSEN LAW FIRM, P.A.**
                                  350 Fifth Avenue, Suite 5508
                                  New York, New York 10118
                                  Telephone: (212) 686-1060
                                  Fax: (212) 202-3827

                                  [Proposed] Lead Counsel for Lead Plaintiffs and Class

**CERTIFICATE OF SERVICE**

I hereby certify that on this on the 6th day of August, 2007, a true and correct copy of the foregoing **NOTICE OF MOTION OF THE TELIK INVESTOR GROUP TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND, (3) APPROVE LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim