**Exhibit 2**

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") has reviewed the class action complaint and authorizes the Rosen Law Firm, P.A. to represent him in a class action under the federal securities laws to recover damages and to seek other relief against Telik, Inc. and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed the complaint against Telik, Inc. and certain of its officers and directors and adopt the allegations therein.

2.     I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales I have made in Telik, Inc. securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| **See Attached Schedule** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of August, 2007.

Signature: _____

Name:      Carlos G. Caprioglio, individually, and as trustee of
           The Caprioglio Family Trust Dated: 6/10/1999

Address:

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| **See Attached Schedule** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

| Carlos Caprioglio | Purchase Date | No. of Shares Purchased | Price Per Share | Sale Date | No. of Shares Sold | Price Per Share |
|---|---|---|---|---|---|---|
| **The Caprioglio Family Trust Dated: 6/10/1999** | 2/19/2004 | 1,000 | $ (26.00) | 3/4/2004 | 1,000 | 27.59 |
| | 3/10/2004 | 1,000 | $ (26.01) | 3/9/2004 | 1,000 | 27.22 |
| | 3/22/2004 | 1,000 | $ (26.00) | 3/26/2004 | 1,000 | $26.52 |
| | 3/29/2004 | 1,000 | $ (27.38) | 3/29/2004 | 1,000 | $27.51 |
| | 4/29/2004 | 1,000 | $ (26.53) | 12/28/2004 | 4,000 | $18.80 |
| | 7/8/2004 | 1,000 | $ (22.60) | 7/22/2005 | 1,000 | $17.30 |
| | 8/23/2004 | 2,000 | $ (19.43) | 9/16/2005 | 3,000 | $16.85 |
| | 3/15/2005 | 1,000 | $ (17.30) | 1/11/2006 | 1,000 | $18.19 |
| | 5/13/2005 | 1,000 | $ (16.35) | 1/11/2006 | 1,000 | $18.30 |
| | 8/2/2005 | 893 | $ (16.65) | 3/6/2006 | 3,000 | $21.05 |
| | 8/3/2005 | 607 | $ (16.65) | 3/15/2006 | 1,000 | $19.80 |
| | 9/13/2005 | 500 | $ (16.00) | 3/22/2006 | 2,000 | $18.74 |
| | 9/20/2005 | 3,000 | $ (16.82) | 10/3/2006 | 1,000 | $18.00 |
| | 11/28/2005 | 1,000 | $ (17.49) | 12/26/2006 | 4,000 | $4.77 |
| | 1/11/2006 | 1,000 | $ (17.85) | 12/29/2006 | 1,000 | $4.40 |
| | 3/8/2006 | 1,000 | $ (20.51) | 3/20/2007 | 1,400 | $5.55 |
| | 3/9/2006 | 3,000 | $ (20.51) | 3/21/2007 | 3,600 | $5.55 |
| | 3/14/2006 | 1,000 | $ (18.94) | | | |
| | 3/22/2006 | 1,000 | $ (17.96) | | | |
| | 3/22/2006 | 1,000 | $ (17.60) | | | |
| | 4/6/2006 | 1,000 | $ (18.13) | | | |
| | 4/25/2006 | 2,000 | $ (17.65) | | | |
| | 5/3/2006 | 1,000 | $ (17.95) | | | |
| | 5/10/2006 | 1,000 | $ (16.77) | | | |
| | 8/7/2006 | 1,000 | $ (15.58) | | | |
| | 11/6/2006 | 1,000 | $ (19.12) | | | |
| | 1/29/2007 | 5,000 | $ (6.30) | | | |
| | 2/16/2007 | 5,000 | $ (5.65) | | | |
| | 4/17/2007 | 5,000 | $ (6.35) | | | |
| **Individual Account** | 1/30/2006 | 196 | $ (18.75) | | | |
| | 1/25/2006 | 220 | $ (17.21) | | | |
| **Roth IRA** | 1/25/2006 | 513 | $ (18.50) | | | |

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Telik, Inc., and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed the complaint against Telik, Inc. and certain of its officers and directors and authorized the filing thereof by the Rosen Law Firm, P.A., whom I retain as counsel in this action for all purposes.

2.    I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    The following is a list of all of the purchases and sales I have made in Telik, Inc. securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 1000 | 12/22/06 | $16.12 | | |
| 700 | 12/22/06 | $16.13 | | $ |
| 300 | 12/22/06 | $16.13 | | $ |
| 1000 | 12/20/06 | $16.5 | | $ |
| 1000 | 12/19/06 | $16.79 | | $ |
| 200 | 12/19/06 | $16.79 | | $ |
| 1 | 12/19/06 | $16.79 | | $ |
| 499 | 12/19/06 | $16.79 | | $ |
| 300 | 12/19/06 | $16.79 | | $ |
| 300 | 11/7/06 | $19.59 | | $ |
| 100 | 11/7/06 | $19.5 | | $ |
| 100 | 11/7/06 | $19.49 | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26 day of _JUNE_, 2007.

Signature: _____
Name:    Hillel Abrams
Address:  440 1/2 N. SPAULDING AVE
          LA, CA 90036
Phone:    3103081314
E-mail:   HILLELMAIL@GMAIL.COM

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY  10118

2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") has reviewed the class action complaint and authorizes the Rosen Law Firm, P.A. to represent him in a class action under the federal securities laws to recover damages and to seek other relief against Telik, Inc. and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against Telik, Inc. and certain of its officers and directors and adopt the allegations therein.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in Telik, Inc. securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 10,000 | 06-05-2007 | $ 3.09 | — | $ — |
| 6,000 | 04-18-2007 | $ 6.36 | — | $ — |
| 6000 | 02-05-2007 | $ 6.49 | — | $ — |
| 6000 | 02-02-2007 | $ 6.56 | — | $ — |
| 6000 | 02-01-2007 | $ 6.65 | — | $ — |
| 6000 | 02-01-2007 | $ 6.80 | 04-17-2007 | $ 6.89 |
| 4000 | 01-29-2007 | $ 6.32 | 01-29-2007 | $ 6.42 |
| 6000 | 01-25-2007 | $ 6.39 | 01-29-2007 | $ 6.42 |
| 5000 | 01-16-2007 | $ 6.30 | 01-24-2007 | $ 6.42 |
| 4000 | 01-16-2007 | $ 6.14 | 01-24-2007 | $ 6.42 |
| 6000 | 12-26-2006 | $ 5.01 | 01-24-2007 | $ 6.42 |
| | | $ | | $ |
| | | $ | | $ |

own 34,000 shares as of 7/31/07
see attachment for detail

**PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:** (212) 202-3827

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ ^st day of August , 2007.

Signature:
Name:    Shirish and Geeta Shah
Address:

Phone:
E-mail:

Item 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

2

