# Exhibit 3

**TELIK INVESTOR GROUP**

| Carlos Caprioglio | Purchase Date | No. of Shares Purchased | Price Per Share | Purchase Price | Sale Date | No. of Shares Sold | Price Per Share | Sale Proceeds | Shares Still Held | Value of Shares Held | (Loss) | 90 Day Look-back Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $ 3.35 |
| The Caprioglio Family Trust Dated: | 2/19/2004 | 1,000 | $ (26.00) | ($26,000.00) | 3/4/2004 | 1,000 | 27.59 | $27,590.00 | | | | |
| | 3/10/2004 | 1,000 | $ (26.01) | ($26,010.00) | 3/9/2004 | 1,000 | 27.22 | $27,220.00 | | | | |
| | 3/22/2004 | 1,000 | $ (26.00) | ($26,000.00) | 3/26/2004 | 1,000 | $26.52 | $26,520.00 | | | | |
| | 3/29/2004 | 1,000 | $ (27.38) | ($27,376.00) | 3/29/2004 | 1,000 | $27.51 | $27,510.00 | | | | |
| | 4/29/2004 | 1,000 | $ (26.53) | ($26,530.00) | 12/28/2004 | 4,000 | $18.80 | $75,200.00 | | | | |
| | 7/8/2004 | 1,000 | $ (22.60) | ($22,600.00) | 7/22/2005 | 1,000 | $17.30 | $17,300.00 | | | | |
| | 8/23/2004 | 2,000 | $ (19.43) | ($38,860.00) | 9/16/2005 | 3,000 | $16.85 | $50,550.00 | | | | |
| | 3/15/2005 | 1,000 | $ (17.30) | ($17,300.00) | 1/11/2006 | 1,000 | $18.19 | $18,190.00 | | | | |
| | 5/13/2005 | 1,000 | $ (16.35) | ($16,350.00) | 1/11/2006 | 1,000 | $18.30 | $18,300.00 | | | | |
| | 8/2/2005 | 893 | $ (16.65) | ($14,868.45) | 3/6/2006 | 3,000 | $21.05 | $63,150.00 | | | | |
| | 8/3/2005 | 607 | $ (16.65) | ($10,106.55) | 3/15/2006 | 1,000 | $19.80 | $19,800.00 | | | | |
| | 9/13/2005 | 500 | $ (16.00) | ($8,000.00) | 3/22/2006 | 2,000 | $18.74 | $37,480.00 | | | | |
| | 9/20/2005 | 3,000 | $ (16.82) | ($50,460.00) | 10/3/2006 | 1,000 | $18.00 | $18,000.00 | | | | |
| | 11/28/2005 | 1,000 | $ (17.49) | ($17,490.00) | 12/26/2006 | 4,000 | $4.77 | $19,080.00 | | | | |
| | 1/11/2006 | 1,000 | $ (17.85) | ($17,850.00) | 12/29/2006 | 1,000 | $4.40 | $4,400.00 | | | | |
| | 3/8/2006 | 1,000 | $ (20.51) | ($20,510.00) | 3/20/2007 | 1,400 | $5.55 | $7,770.00 | | | | |
| | 3/9/2006 | 3,000 | $ (20.51) | ($61,530.00) | 3/21/2007 | 3,600 | $5.55 | $19,980.00 | | | | |
| | 3/14/2006 | 1,000 | $ (18.94) | ($18,940.00) | | | | | | | | |
| | 3/22/2006 | 1,000 | $ (17.96) | ($17,960.00) | | | | | | | | |
| | 3/22/2006 | 1,000 | $ (17.60) | ($17,600.00) | | | | | | | | |
| | 4/6/2006 | 1,000 | $ (18.13) | ($18,130.00) | | | | | | | | |
| | 4/25/2006 | 2,000 | $ (17.65) | ($35,300.00) | | | | | | | | |
| | 5/3/2006 | 1,000 | $ (17.95) | ($17,950.00) | | | | | | | | |
| | 5/10/2006 | 1,000 | $ (16.77) | ($16,770.00) | | | | | | | | |
| | 8/7/2006 | 1,000 | $ (15.58) | ($15,580.00) | | | | | | | | |
| | 11/6/2006 | 1,000 | $ (19.12) | ($19,120.00) | | | | | | | | |
| | 1/29/2007 | 5,000 | $ (6.30) | ($31,500.00) | | | | | | | | |
| | 2/16/2007 | 5,000 | $ (5.65) | ($28,250.00) | | | | | | | | |
| | 4/17/2007 | 5,000 | $ (6.35) | ($31,750.00) | | | | | | | | |
| Individual Account | 1/30/2006 | 196 | $ (18.75) | ($3,675.00) | | | | | | | | |
| | 1/25/2006 | 220 | $ (17.21) | ($3,786.20) | | | | | | | | |
| Roth IRA | 1/25/2006 | 513 | $ (18.50) | ($9,490.50) | | | | | | | | |
| | TOTAL | 46,929 | | ($713,642.70) | | 31,000 | | $478,040.00 | 15,929 | $53,362.15 | ($182,240.55) | |
| | | | | | | | | | | | | |
| Hillel Abrams | 12/22/2006 | 1,000 | $ (16.12) | ($16,120.00) | | | | | | | | |
| | 12/22/2006 | 700 | $ (16.13) | ($11,291.00) | | | | | | | | |
| | 12/22/2006 | 300 | $ (16.13) | ($4,839.00) | | | | | | | | |
| | 12/20/2006 | 1,000 | $ (16.50) | ($16,500.00) | | | | | | | | |
| | 12/19/2006 | 1,000 | $ (16.79) | ($16,790.00) | | | | | | | | |
| | 12/19/2006 | 200 | $ (16.79) | ($3,358.00) | | | | | | | | |
| | 12/19/2006 | 1 | $ (16.79) | ($16.79) | | | | | | | | |
| | 12/19/2006 | 499 | $ (16.79) | ($8,378.21) | | | | | | | | |
| | 12/19/2006 | 300 | $ (16.79) | ($5,037.00) | | | | | | | | |
| | 11/7/2006 | 300 | $ (19.59) | ($5,877.00) | | | | | | | | |
| | 11/7/2006 | 100 | $ (19.50) | ($1,950.00) | | | | | | | | |
| | 11/7/2006 | 100 | $ (19.49) | ($1,949.00) | | | | | | | | |
| | TOTAL | 5,500 | TOTAL | ($92,106.00) | | | | | 5,500 | $18,425.00 | ($73,681.00) | |
| | | | | | | | | | | | | |
| Shirish and Geeta Shah | 6/5/2007 | 10,000 | $ (3.09) | ($30,900.00) | | | | | | | | |
| | 4/18/2007 | 6,000 | $ (6.36) | ($38,160.00) | | | | | | | | |
| | 2/5/2007 | 6,000 | $ (6.49) | ($38,940.00) | | | | | | | | |
| | 2/2/2007 | 6,000 | $ (6.56) | ($39,360.00) | | | | | | | | |
| | 2/1/2007 | 6,000 | $ (6.65) | ($39,900.00) | | | | | | | | |
| | 2/1/2007 | 6,000 | $ (6.80) | ($40,800.00) | 4/17/2007 | 6,000 | $ 6.89 | $41,340.00 | | | | |
| | 1/29/2007 | 4,000 | $ (6.32) | ($25,280.00) | 1/29/2007 | 4,000 | $ 6.42 | $25,680.00 | | | | |
| | 1/25/2007 | 6,000 | $ (6.39) | ($38,340.00) | 1/29/2007 | 6,000 | $ 6.42 | $38,520.00 | | | | |
| | 1/16/2007 | 5,000 | $ (6.30) | ($31,500.00) | 1/24/2007 | 5,000 | $ 6.42 | $32,100.00 | | | | |
| | 1/16/2007 | 4,000 | $ (6.14) | ($24,560.00) | 1/24/2007 | 4,000 | $ 6.42 | $25,680.00 | | | | |
| | 12/26/2006 | 6,000 | $ (5.01) | ($30,060.00) | 1/24/2007 | 6,000 | $ 6.42 | $38,520.00 | | | | |
| | TOTAL | 65,000 | | ($377,800.00) | | 31,000 | | $201,840.00 | 34,000 | $103,850.00 | ($72,110.00) | |
| | | | | **TOTAL LOSSES OF TELIK INVESTOR GROUP** | | | | | | | ($328,031.55) | |