UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>TELIK INC., MICHAEL M. WICK, CYNTHIA M. BUTTITA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO., LLC, FORTIS SECURITIES, INC., and J.P. MORGAN SECURITIES, INC.,<br><br>            Defendants. | CIVIL ACTION<br><br>NO: 07-CV-04819 (CM)<br><br>**ELECTRONICALLY FILED**<br><br>Hon. Colleen McMahon<br><br>**MOTION OF STEPHEN O'GRADY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION COUNSEL** |
| KEVIN HENNESSY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>TELIK INC., MICHAEL M. WICK, CYNTHIA M. BUTTITA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO., LLC, FORTIS SECURITIES, INC., and J.P. MORGAN SECURITIES, INC.,<br><br>            Defendants. | NO: 07-CV-05707 (CM)<br><br>Hon. Colleen McMahon |

| | |
|---|---|
| STEPHEN O'GRADY, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>TELIK INC., MICHAEL M. WICK, and CYNTHIA M. BUTTITA,<br><br>                Defendants. | Case Number not yet assigned |

PLEASE TAKE NOTICE THAT pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Stephen O'Grady respectfully moves this Court before the Honorable Colleen McMahon, at the United States Courthouse for the Southern District of New York at a date and time to be determined by the Court, for consolidation of the following actions: *May v. Telik, Inc. et al*, Case No: 1:07-cv-04819; *Hennessy v. Telik, Inc. et al*, Case No. 1:07-cv-05707; *O'Grady v. Telik, Inc. et al*, not yet assigned; for appointment as Lead Plaintiff and for approval of his selection of the law firm of Finkelstein Thompson LLP as Lead Counsel and Labaton Sucharow & Rudoff LLP as Liaison Counsel.

This Motion is supported by the following documents submitted herewith:

(1) Memorandum of Law In Support of the Motion of Stephen O'Grady for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel;

(2) the Declaration of Elizabeth K. Tripodi, dated August 6, 2007 and the exhibits annexed thereto.

Dated: August 6, 2007

Respectfully submitted,

/s/ Christopher Keller
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
LABATON SUCHAROW &
RUDOFF LLP
100 Park Avenue
New York, NY 10017
Tel: (212) 907-0700
Fax: (212) 818-0477

*Proposed Liaison Counsel*

Donald J. Enright
Elizabeth K. Tripodi
Finkelstein Thompson LLP
1050 30th Street, NW
Washington, DC 20007
(202) 337-8000 (phone)
(202) 337-8090 (fax)

**Proposed Lead Counsel**