UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, on behalf of Himself and all others similarly *situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TELIK INC., MICHAEL M. WICK, CYNTHIA M. BUTTITA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO., LLC, FORTIS SECURITIES, INC., and J.P. MORGAN SECURITIES, INC.,<br><br>　　　　　Defendants | CIVIL ACTION<br><br>NO: 07-CV-04819 (CM)<br><br>**DECLARATION OF ELIZABETH K. TRIPODI**<br><br>Hon. Colleen McMahon |
| KEVIN HENNESSY, individually behalf of all others similarly situated ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TELIK INC., MICHAEL M. WICK, CYNTHIA M. BUTTITA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO., LLC, FORTIS SECURITIES, INC., and J.P. MORGAN SECURITIES, INC.,<br><br>　　　　　Defendants. | NO: 07-CV-05707 (CM) |

|  |  |
|---|---|
| STEPHEN O'GRADY, individually and on behalf of all others similarly situated, </br></br>   Plaintiff, </br></br> v. </br></br> TELIK INC., MICHAEL M. WICK, and CYNTHIA M. BUTTITA, </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case Number not yet assigned |

I, Elizabeth K. Tripodi, hereby affirm and aver under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney-at-law with Finkelstein Thompson LLP. I am a member in good standing of the Virginia State Bar and am admitted to practice before the United States District Courts for the Eastern District of Virginia.

2. Attached hereto as Exhibit A is a true and correct copy of an analysis reflecting the losses suffered by plaintiff Stephen O'Grady in connection with his purchases of the common stock of Telik, Inc.

3. Attached hereto as Exhibit B is a true and correct copy of a press release dated June 6, 2007, published by the law firm of Lerach Couglin Stoia Geller Rudman & Robbins LLP announcing the pendency of the action against Telik.

4. Attached hereto as Exhibit C is a true and correct copy of the Plaintiff Certification of plaintiff and movant Stephen O'Grady.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of the law firm of Finkelstein Thompson & LLP.

6.  Attached hereto as Exhibit E is a true and correct copy of the firm resume of the law firm of Labaton Sucharow & Rudoff LLP.

Sworn and subscribed under penalty of perjury this 6 day of August, 2007.

_____
Elizabeth K. Tripodi