# EXHIBIT A

## MR. STEPHEN O'GRADY TELIK (TELK)
## TRADE REPORT

| Purchase Date | Transaction | Number of Shares | Dollar Amount | |
|---|---|---|---|---|
| 12/08/06 | Buy | 2000 | $34,060 | |
| 12/18/06 | Buy | 1000 | $16,860 | |
| 12/22/06 | Buy | 800 | $12,872 | |
| | | | **NET BUY** | $63,792 |
| 12/26/06 | Sell | 3800 | $18,278 | |
| | | | **NET LOSS** | **$45,514** |