**EXHIBIT C**

## PLAINTIFF CERTIFICATION

I, Stephen O'Grady, hereby declare that:

1. I have reviewed a draft Complaint in this class action and have authorized the filing thereof.

2. I did not purchase (or otherwise acquire) or sell securities of Telik, Inc. the subject of the Complaint, at the direction of my counsel or in the hope to participate in any private action arising under the Securities Act of 1933 or the Securities Exchange Act of 1934.

3. I am willing to serve as a representative plaintiff on behalf of the class defined in the Complaint, including providing testimony at deposition and trial, if necessary.

4. I have engaged in the following transactions involving the securities of Telik, Inc.:

| Purchases | Trade Date | Price Per Security | Total |
|---|---|---|---|
| 2000 Shares | 12/8/2006 | 17.03 | 34,052.45 |
| 1000 Shares | 12/18/2006 | 16.86 | 16,859.40 |
| 800 Shares | 12/22/2006 | 16.09 | 12,872.00 |
|  |  |  | 63,783.85 |

| Sales | Date | Price Per Security | Total |
|---|---|---|---|
| 3800 Shares | 12/26/2006 | 4.81 | 18,281.80 |

5. During the last three years preceding the date of this Certification, I have sought to serve as a representative plaintiff on behalf of a class in the following actions brought under the Securities Act of 1933 or the Securities Exchange Act of 1934:   N/A

6. I will not accept any payment for serving as a representative plaintiff on behalf of the class beyond my pro rata share of any recovery, except as ordered by the Court.

7. Nothing herein shall be construed to be or constitute a waiver of my attorney-client privilege.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of August, 2007.

_____
Stephen O'Grady