UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TELIK INC., MICHAEL M. WICK, CYNTHIA M. BUTTITA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO., LLC, FORTIS SECURITIES, INC., and J.P. MORGAN SECURITIES, INC., <br><br> Defendants. | CIVIL ACTION <br><br> NO: 07-CV-04819 (CM) <br><br> **ELECTRONICALLY FILED** <br><br> Hon. Colleen McMahon |
| KEVIN HENNESSY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TELIK INC., MICHAEL M. WICK, CYNTHIA M. BUTTITA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO., LLC, FORTIS SECURITIES, INC., and J.P. MORGAN SECURITIES, INC., <br><br> Defendants. | NO: 07-CV-05707 (CM) <br><br> Hon. Colleen McMahon |

| | |
|---|---|
| STEPHEN O'GRADY, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELIK INC., MICHAEL M. WICK, and )<br>CYNTHIA M. BUTTITA, )<br>)<br>Defendants. )<br>) | Case Number not yet assigned |

## CERTIFICATE OF SERVICE

I, Alan I. Ellman, hereby certify that a true and correct copy of the following documents were served via U.S. Mail to the counsel listed below:

    Motion of Stephen O'Grady for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel;

    Memorandum of Law in Support of the Motion of Stephen O'Grady for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel;

    Declaration of Elizabeth K. Tripodi in Support of the Motion of Stephen O'Grady for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel; and

    [Proposed] Order Consolidating the Actions, Appointing Lead Plaintiff and Approving Selection of Counsel

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| **Darren J. Robbins**<br>Learch Coughlin Stoia Geller<br>Rudman & Robbins, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>**Evan J Smith**<br>Brodsky & Smith, L.L.C. | **Jack C. Auspitz**<br>**Jamie A. Levitt**<br>MORRISON & FOERSTER<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>**David W. Haller**<br>**Linda C. Goldstein**<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018 |

240 Mineola Blvd.
Mineola, NY 11501


**Richard A. Maniskas**
**D. Seamus Kaskela**
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087


Dated: August 6, 2007

_____
Alan I. Ellman