# EXHIBIT A

## CERTIFICATION

I, (print name) **Richard Scott Poole** ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint, authorizes its filing, and retains Schiffrin & Barroway, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, either individually or as part of a group, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4. Plaintiff's purchase and sale transaction(s) in the Telik, Inc. (Nasdaq: TELK) security that is the subject of this action during the Class Period is/are as follows:

| Type of Security (common stock, preferred, option, or bond) | Number of Shares | Bought (B) | Sold (S) | Date | Price per share |
|---|---|---|---|---|---|
| see attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Please list additional purchase and sale information on a separate sheet of paper, if necessary)

5. Plaintiff has complete authority to bring a suit to recover for investment losses on behalf of purchasers of the subject securities described herein (including plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as described below: _____.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 8th day of July, 2007.

_____     **Scott Poole**
Signature                      Print Name

Richard Scott Poole

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 11/30/2006 | Purchase | Com Stk | 1,000 | 17.0080 |
| 11/30/2006 | Purchase | Com Stk | 1,000 | 16.9680 |
| 11/30/2006 | Purchase | Com Stk | 1,000 | 16.9580 |
| 11/30/2006 | Purchase | Com Stk | 1,000 | 16.9200 |
| 11/30/2006 | Purchase | Com Stk | 900 | 16.7580 |
| 11/30/2006 | Purchase | Com Stk | 100 | 16.7100 |
| 11/30/2006 | Purchase | Com Stk | 1,000 | 16.7080 |
| 11/30/2006 | Purchase | Com Stk | 1,000 | 16.6780 |
| 11/30/2006 | Purchase | Com Stk | 1,000 | 16.6700 |
| 12/1/2006 | Purchase | Com Stk | 1,000 | 16.9940 |
| 12/1/2006 | Purchase | Com Stk | 2,000 | 16.9780 |
| 12/1/2006 | Purchase | Com Stk | 1,000 | 16.9740 |
| 12/4/2006 | Purchase | Com Stk | 1,797 | 17.3300 |
| 12/4/2006 | Purchase | Com Stk | 203 | 17.3200 |
| 12/4/2006 | Purchase | Com Stk | 878 | 17.2900 |
| 12/4/2006 | Purchase | Com Stk | 3,122 | 17.2800 |
| 12/4/2006 | Purchase | Com Stk | 6,000 | 17.2700 |
| 12/4/2006 | Purchase | Com Stk | 2,000 | 17.2600 |
| 12/5/2006 | Purchase | Com Stk | 2,000 | 16.9100 |
| 12/5/2006 | Purchase | Com Stk | 2,000 | 16.7500 |
| 12/6/2006 | Purchase | Com Stk | 2,000 | 17.1500 |
| 12/6/2006 | Purchase | Com Stk | 5,800 | 17.1400 |
| 12/6/2006 | Purchase | Com Stk | 2,815 | 17.1300 |
| 12/6/2006 | Purchase | Com Stk | 1,500 | 17.1200 |
| 12/6/2006 | Purchase | Com Stk | 2,685 | 17.1100 |
| 12/6/2006 | Purchase | Com Stk | 1,200 | 17.1000 |
| 12/8/2006 | Purchase | Com Stk | 1,800 | 17.3200 |
| 12/8/2006 | Purchase | Com Stk | 200 | 17.3100 |
| 12/8/2006 | Purchase | Com Stk | 1,800 | 17.2100 |
| 12/8/2006 | Purchase | Com Stk | 200 | 17.2000 |
| 12/11/2006 | Purchase | Com Stk | 2,000 | 17.2800 |
| 12/11/2006 | Purchase | Com Stk | 1,500 | 17.2500 |
| 12/11/2006 | Purchase | Com Stk | 500 | 17.2400 |
| 12/11/2006 | Purchase | Com Stk | 2,000 | 17.1700 |
| 12/11/2006 | Purchase | Com Stk | 2,000 | 17.1600 |
| 12/14/2006 | Purchase | Com Stk | 1,700 | 16.6700 |
| 12/14/2006 | Purchase | Com Stk | 300 | 16.6600 |
| 12/14/2006 | Purchase | Com Stk | 2,000 | 16.6400 |
| 12/14/2006 | Purchase | Com Stk | 2,000 | 16.6300 |

**Richard Scott Poole**

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 12/14/2006 | Purchase | Com Stk | 1,700 | 16.6100 |
| 12/14/2006 | Purchase | Com Stk | 300 | 16.6000 |
| 12/14/2006 | Purchase | Com Stk | 2,000 | 16.5800 |
| 12/14/2006 | Purchase | Com Stk | 1,500 | 16.5500 |
| 12/14/2006 | Purchase | Com Stk | 500 | 16.5400 |
| 12/27/2006 | Sale | Com Stk | 70,000 | 4.5100 |