# EXHIBIT C

TELIK, INC. ESTIMATED LOSSES

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | |
| Richard Scott Poole | 11/30/2006 | 1,000 | 17.0080 | 17,008.00 | 12/27/2006 | 70,000 | 4.5100 | 315,700.00 | 298,692.00 |
| | 11/30/2006 | 1,000 | 16.9680 | 16,968.00 | | | | | (16,968.00) |
| | 11/30/2006 | 1,000 | 16.9580 | 16,958.00 | | | | | (16,958.00) |
| | 11/30/2006 | 1,000 | 16.9200 | 16,920.00 | | | | | (16,920.00) |
| | 11/30/2006 | 900 | 16.7580 | 15,082.20 | | | | | (15,082.20) |
| | 11/30/2006 | 100 | 16.7100 | 1,671.00 | | | | | (1,671.00) |
| | 11/30/2006 | 1,000 | 16.7080 | 16,708.00 | | | | | (16,708.00) |
| | 11/30/2006 | 1,000 | 16.6780 | 16,678.00 | | | | | (16,678.00) |
| | 11/30/2006 | 1,000 | 16.6700 | 16,670.00 | | | | | (16,670.00) |
| | 12/1/2006 | 1,000 | 16.9940 | 16,994.00 | | | | | (16,994.00) |
| | 12/1/2006 | 2,000 | 16.9780 | 33,956.00 | | | | | (33,956.00) |
| | 12/1/2006 | 1,000 | 16.9740 | 16,974.00 | | | | | (16,974.00) |
| | 12/4/2006 | 1,797 | 17.3300 | 31,142.01 | | | | | (31,142.01) |
| | 12/4/2006 | 203 | 17.3200 | 3,515.96 | | | | | (3,515.96) |
| | 12/4/2006 | 878 | 17.2900 | 15,180.62 | | | | | (15,180.62) |
| | 12/4/2006 | 3,122 | 17.2800 | 53,948.16 | | | | | (53,948.16) |
| | 12/4/2006 | 6,000 | 17.2700 | 103,620.00 | | | | | (103,620.00) |
| | 12/4/2006 | 2,000 | 17.2600 | 34,520.00 | | | | | (34,520.00) |
| | 12/5/2006 | 2,000 | 16.9100 | 33,820.00 | | | | | (33,820.00) |
| | 12/5/2006 | 2,000 | 16.7500 | 33,500.00 | | | | | (33,500.00) |
| | 12/6/2006 | 2,000 | 17.1500 | 34,300.00 | | | | | (34,300.00) |
| | 12/6/2006 | 5,800 | 17.1400 | 99,412.00 | | | | | (99,412.00) |
| | 12/6/2006 | 2,815 | 17.1300 | 48,220.95 | | | | | (48,220.95) |
| | 12/6/2006 | 1,500 | 17.1200 | 25,680.00 | | | | | (25,680.00) |
| | 12/6/2006 | 2,685 | 17.1100 | 45,940.35 | | | | | (45,940.35) |
| | 12/6/2006 | 1,200 | 17.1000 | 20,520.00 | | | | | (20,520.00) |
| | 12/8/2006 | 1,800 | 17.3200 | 31,176.00 | | | | | (31,176.00) |
| | 12/8/2006 | 200 | 17.3100 | 3,462.00 | | | | | (3,462.00) |
| | 12/8/2006 | 1,800 | 17.2100 | 30,978.00 | | | | | (30,978.00) |
| | 12/8/2006 | 200 | 17.2000 | 3,440.00 | | | | | (3,440.00) |
| | 12/11/2006 | 2,000 | 17.2800 | 34,560.00 | | | | | (34,560.00) |

| Date | Shares | Price | Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| 12/11/2006 | 1,500 | 17.2500 | 25,875.00 | | | | (25,875.00) |
| 12/11/2006 | 500 | 17.2400 | 8,620.00 | | | | (8,620.00) |
| 12/11/2006 | 2,000 | 17.1700 | 34,340.00 | | | | (34,340.00) |
| 12/11/2006 | 2,000 | 17.1600 | 34,320.00 | | | | (34,320.00) |
| 12/14/2006 | 1,700 | 16.6700 | 28,339.00 | | | | (28,339.00) |
| 12/14/2006 | 300 | 16.6600 | 4,998.00 | | | | (4,998.00) |
| 12/14/2006 | 2,000 | 16.6400 | 33,280.00 | | | | (33,280.00) |
| 12/14/2006 | 2,000 | 16.6300 | 33,260.00 | | | | (33,260.00) |
| 12/14/2006 | 1,700 | 16.6100 | 28,237.00 | | | | (28,237.00) |
| 12/14/2006 | 300 | 16.6000 | 4,980.00 | | | | (4,980.00) |
| 12/14/2006 | 2,000 | 16.5800 | 33,160.00 | | | | (33,160.00) |
| 12/14/2006 | 1,500 | 16.5500 | 24,825.00 | | | | (24,825.00) |
| 12/14/2006 | 500 | 16.5400 | 8,270.00 | | | | (8,270.00) |
| | 70,000 | | | | 70,000 | | (876,327.25) |
| **TOTAL FOR RICHARD SCOTT POOLE** | | | | | | | **(876,327.25)** |

CLASS PERIOD: 3/27/03 - 6/4/07