UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES, LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR STEARNS & CO., INC., NEEDHAM & COMPANY, INC., LAZARD FRERES & CO., LLC, FORTIS SECURITIES, INC., and J.P. MORGAN SECURITIES, INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-04819-CM |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES, LLC, LEHMAN BROTHERS HOLDINGS, INC., and J.P. MORGAN SECURITIES, INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-05707-CM |

[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING
POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO AS
LEAD PLAINTIFF, AND APPROVING ITS SELECTION OF LEAD COUNSEL

11857v1

Having considered the Motion of Policeman's Annuity and Benefit Fund of Chicago ("Movant") to consolidate actions, be appointed as lead plaintiff, and for approval of its selection of lead counsel, the memorandum of law and declaration in support thereof, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The captioned actions are consolidated for all purposes (the "Consolidated Action"). This order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

2. A Master File is established for this proceeding. The Master File shall be Civil Action No.: 07-CV-4819 (CM). The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

3. An original of this Order shall be filed by the Clerk in the Master File.

4. The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5. Every pleading filed in the Consolidated Action shall have the following caption:

---

IN RE TELIK, INC. SECURITIES LITIGATION    Civ No. 07-CV-4819 (CM)

---

6. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

7. When a case that arises out of the same subject matter of the Consolidated Action

is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall

      a.    File a copy of this Order in the separate file for such action;

      b.    Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

      c.    Make the appropriate entry in the Master Docket for the Consolidated Action.

8.    Each new case that arises out of the subject matter of the Consolidated Action, which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

9.    Movant is appointed to serve as lead plaintiff in the captioned actions and any related action subsequently transferred to or filed in this Court, pursuant to Section 21D(a)(3)(B), 15 U.S.C. § 78u-4 of the Securities Exchange Act of 1934 and Section 27(a)(3)(B), 15 U.S.C. § 77z-1 of the Securities Act of 1933.

10.    The law firm of Bernstein Liebhard & Lifshitz, LLP is hereby appointed lead counsel for the Class. Lead counsel shall provide general supervision of the activities of plaintiffs' counsel and shall ensure that all work performed by plaintiffs' counsel is neither

duplicative nor unproductive. Lead counsel shall have the following responsibilities and duties to perform or delegate as appropriate to:

    a.    brief and argue motions;

    b.    initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c.    direct and coordinate the examination of witnesses in depositions;

    d.    act as spokesperson at pretrial conferences;

    e.    call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f.    initiate and conduct any settlement negotiations with counsel for defendants;

    g.    provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h.    consult with and employ experts;

    i.    collect time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and

    j.    perform such other duties as may be expressly authorized by further order of this Court.

11. Lead plaintiff shall cause a Consolidated Amended Complaint to be filed with the Court and served on defendants' counsel within sixty (60) days of the date of entry of the Order.

12. Defendants shall have no obligation to file any answer or otherwise responsive papers to any of the pending individual complaints hereby consolidated other than the Consolidated Complaint.

IT IS SO ORDERED.

DATED:_____            _____
                                  United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached was served upon the following counsel of record in the actions filed this Court, First Class Mail prepaid, this 6th day of August 2007:

*Attorneys for Plaintiffs:*

Evan J. Smith
**Brodsky & Smith, L.L.C.**
240 Mineola Blvd.
Mineola, NY 11501

Darren J. Robbins
Mary K. Blasy
**Lerach Coughlin Stoia Geller Rudman & Robbins, LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101

Marc S. Henzel
**Law Offices of Marc S. Henzel**
273 Montgomery Avenue, Suite 202
Balsa Cynwyd, PA 19004

Laurence M. Rosen
**The Rosen Law Firm, P.A.**
350 5th Avenue, Suite 5508
New York, NY 10118

Michael M. Goldberg
**Glancy Binkow & Goldberg LLP**
1801 Avenue of The Stars, Suite 311
Los Angeles, CA 90067

Richard A. Maniskas
**Schiffrin & Barroway L.L.P.**
280 King of Prussia Road
Radnor, PA 19087

Samuel Howard Rudman
David Avi Rosenfeld
**Lerach Coughlin Stoia Geller Rudman & Robbins, LLP**
58 South Service Road, Suite 200
Melville, NY 11747

Christine Pedigo Bartholomew
**Finkelstein Thompson & Loughran**
601 Montgomery Street, Suite 665
San Francisco, CA 94111

Elizabeth K. Tripodi
**Finkelstein Thompson & Loughran**
1050 30th Street NW
Washington, DC 20007

*Attorneys for Defendants:*

David W. Haller
Linda C. Goldstein
**Covington & Burling LLP**
620 Eighth Avenue
New York, NY 10018

Erik J. Olson
**Morrison & Foerster LLP**
755 Page Mill Road
Palo Alto, CA 94304

/s/
_____
JOSEPH R. SEIDMAN, JR.

11865v1