UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM &COMPANY, INC., LAZARD FRERES & CO. LLC, FORTIS SECURITIES, INC. and J.P. MORGAN SECURITIES, INC <br><br> Defendants. | Civil No. 1:07-CV-04819-CM <br><br> <u>CLASS ACTION</u> <br><br> <u>ELECTRONICALLY FILED</u> |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC. and J.P. MORGAN SECURITIES, INC. <br><br> Defendants. | Civil No. 1:07-CV-5707-CM <br><br> <u>CLASS ACTION</u> |

**MOTION OF ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT M.B.H. FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL <u>OF ITS SELECTION OF COUNSEL</u>**

Institutional investor Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. ("Erste-Sparinvest") hereby moves this Court for an Order:

1. Consolidating the above-captioned actions and any later-filed related actions;

2. Appointing Erste-Sparinvest as Lead Plaintiff in the consolidated actions; and

3. Appointing the law firm of Motley Rice LLC to serve as Lead Counsel and Lieff, Cabraser, Heimann & Bernstein, LLP to serve as Liaison Counsel.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of James M. Evangelista and the exhibits attached thereto, and all of the prior pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

Respectfully submitted this 6th day of August, 2007.

s/ Daniel P. Chiplock_____
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Steven E. Fineman, Esq. (SF – 8481)
Daniel P. Chiplock, Esq. (DC – 1137)
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Tel: 212-355-9500
Fax: 212-355-9592

[Proposed] Liaison Counsel

and

MOTLEY RICE LLC
Lauren S. Antonino, Esq.
James M. Evangelista, Esq. (JE – 1246)
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30308
Tel: 404-201-6900
Fax: 404-201-6959

and

MOTLEY RICE LLC
Joseph F. Rice, Esq.
Ann K. Ritter, Esq.
James M. Hughes, Esq.
P. O. Box 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: 843-216-9000
Fax: 843-216-9450

[Proposed] Lead Counsel