UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>TELIK, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-04819-CM<br><br>**ELECTRONICALLY FILED**<br><br><u>CLASS ACTION</u> |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>TELIK, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-05707-CM<br><br><u>CLASS ACTION</u> |

MOTION TO APPOINT ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W. AS LEAD PLAINTIFF, TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND TO CONSOLIDATE RELATED ACTIONS

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that putative class member Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Electrical Workers Pension Fund") will and hereby does move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007, for an order: (1) appointing Electrical Workers Pension Fund as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; (2) approving Electrical Workers Pension Fund's selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as lead counsel; and (3) consolidating the above-captioned two related actions.  In support of this Motion, Electrical Workers Pension Fund submits the accompanying memorandum of law and the declaration of David A. Rosenfeld.

DATED:  August 6, 2007                           LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
                                                 SAMUEL H. RUDMAN (SR-7957)
                                                 DAVID A. ROSENFELD (DR-7564)


                                                        s/ DAVID A. ROSENFELD
                                                          DAVID A. ROSENFELD

                                                 58 South Service Road, Suite 200
                                                 Melville, NY  11747
                                                 Telephone:  631/367-7100
                                                 631/367-1173 (fax)

                                                 LERACH COUGHLIN STOIA GELLER
                                                     RUDMAN & ROBBINS LLP
                                                 DARREN J. ROBBINS
                                                 TRICIA L. McCORMICK
                                                 655 West Broadway, Suite 1900
                                                 San Diego, CA  92101
                                                 Telephone:  619/231-1058
                                                 619/231-7423 (fax)

                                                 [Proposed] Lead Counsel for Plaintiffs

I:\TriciaM\Lead Plaintiff Cases\Telik\Institution Only Papers\notice.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2007.

    s/ DAVID A. ROSENFELD
    DAVID A. ROSENFELD

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    58 South Service Road, Suite 200
    Melville, NY  11747
    Telephone:  631/367-7100
    631/367-1173 (fax)
    E-mail: drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-04819-CM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel Patrick Chiplock**
  dchiplock@lchb.com

- **Steven E. Fineman**
  sfineman@lchb.com

- **Marc S. Henzel**
  Mhenzel182@aol.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **David Avi Rosenfeld**
  drosenfeld@lerachlaw.com,e_file_ny@lerachlaw.com,amartin@lerachlaw.com

- **Samuel Howard Rudman**
  srudman@lerachlaw.com,e_file_ny@lerachlaw.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **James Evan Tullman**
  jtullman@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 West Broadway, Suite 1900
San Diego, CA 92101
```