UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-04819-CM <br><br> **ELECTRONICALLY FILED** <br><br> CLASS ACTION |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-05707-CM <br><br> CLASS ACTION |

[PROPOSED] ORDER APPOINTING ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W. AS LEAD PLAINTIFF, APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND CONSOLIDATING RELATED ACTIONS

Having considered the Motion to Appoint Electrical Workers Pension Fund, Local 103, I.B.E.W. as Lead Plaintiff, to Approve Lead Plaintiff's Selection of Lead Counsel and to Consolidate Related Actions (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1.  The Motion is GRANTED;

2.  Pursuant to Fed. R. Civ. P. 42(a), the following related actions are consolidated:

| CASE NAME | CASE NO. | DATE FILED |
| --- | --- | --- |
| *May v. Telik, Inc., et al.* | 1:07-cv-04819-CM | June 6, 2007 |
| *Hennessy v. Telik, Inc., et al.* | 1:07-cv-05707-CM | June 14, 2007 |

3.  Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), Electrical Workers Pension Fund, Local 103, I.B.E.W. is appointed lead plaintiff for the class; and lead plaintiff's choice of lead counsel is approved. Pursuant to §21D(a)(3)(B)(v), Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed as lead counsel for the class.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT COURT JUDGE

Submitted by

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)

        s/ DAVID A. ROSENFELD
           DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

- 2 -

LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\TriciaM\Lead Plaintiff Cases\Telik\Institution Only Papers\order.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2007.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
E-mail: drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-04819-CM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel Patrick Chiplock**
  dchiplock@lchb.com

- **Steven E. Fineman**
  sfineman@lchb.com

- **Marc S. Henzel**
  Mhenzel182@aol.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **David Avi Rosenfeld**
  drosenfeld@lerachlaw.com,e_file_ny@lerachlaw.com,amartin@lerachlaw.com

- **Samuel Howard Rudman**
  srudman@lerachlaw.com,e_file_ny@lerachlaw.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **James Evan Tullman**
  jtullman@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 West Broadway, Suite 1900
San Diego, CA 92101
```