UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TELIK, INC., et al.,<br><br>                Defendants. | Civil Action No. 1:07-cv-04819-CM<br><br>**ELECTRONICALLY FILED**<br><br>CLASS ACTION |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TELIK, INC., et al.,<br><br>                Defendants. | Civil Action No. 1:07-cv-05707-CM<br><br>CLASS ACTION |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE MOTION TO APPOINT ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W. AS LEAD PLAINTIFF, TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND TO CONSOLIDATE RELATED ACTIONS

I, David A. Rosenfeld, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of New York. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Electrical Workers Pension Fund"), and proposed lead counsel for the class in the above-entitled action. I make this declaration in support of the Motion to Appoint Electrical Workers Pension Fund, Local 103, I.B.E.W. as Lead Plaintiff, to Approve Lead Plaintiff's Selection of Lead Counsel and to Consolidate Related Actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  Electrical Workers Pension Fund's sworn Certification;

Exhibit B:  Chart of Electrical Workers Pension Fund's Purchases and Losses;

Exhibit C:  Notice of class action lawsuit filed against Telik, Inc., published on *Business Wire*, a national business-oriented wire service, on June 6, 2007; and

Exhibit D:  Firm résumé of Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   August 6, 2007

s/ DAVID A. ROSENFELD<br>DAVID A. ROSENFELD

I:\TriciaM\Lead Plaintiff Cases\Telik\Institution Only Papers\decl.doc

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2007.

                                              s/ DAVID A. ROSENFELD
                                              DAVID A. ROSENFELD

                                              LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
                                              58 South Service Road, Suite 200
                                              Melville, NY  11747
                                              Telephone:  631/367-7100
                                              631/367-1173 (fax)
                                              E-mail: drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-04819-CM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel Patrick Chiplock**
  dchiplock@lchb.com

- **Steven E. Fineman**
  sfineman@lchb.com

- **Marc S. Henzel**
  Mhenzel182@aol.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **David Avi Rosenfeld**
  drosenfeld@lerachlaw.com,e_file_ny@lerachlaw.com,amartin@lerachlaw.com

- **Samuel Howard Rudman**
  srudman@lerachlaw.com,e_file_ny@lerachlaw.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **James Evan Tullman**
  jtullman@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 West Broadway, Suite 1900
San Diego, CA 92101
```