# EXHIBIT B

Movant's Purchases and Losses

Telik Inc

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/21/2004 | 200 | $23.89 | $4,778.18 | 12/06/2006 | 500 | $17.10 | $8,548.05 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/22/2004 | 100 | $23.93 | $2,392.97 | 12/07/2006 | 100 | $17.30 | $1,729.72 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/23/2004 | 200 | $23.97 | $4,794.66 | 12/07/2006 | 700 | $17.17 | $12,015.78 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/27/2004 | 600 | $24.92 | $14,949.90 | 04/05/2007 | 20,900 | $5.28 | $110,247.50 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/28/2004 | 200 | $25.00 | $4,999.44 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/05/2004 | 200 | $23.62 | $4,723.50 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/06/2004 | 400 | $23.80 | $9,521.48 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/09/2004 | 300 | $24.90 | $7,470.93 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/10/2004 | 400 | $24.78 | $9,911.96 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/10/2004 | 800 | $25.76 | $20,604.56 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/11/2004 | 100 | $25.90 | $2,590.31 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/12/2004 | 200 | $25.97 | $5,194.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/12/2004 | 100 | $26.15 | $2,615.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/18/2004 | 100 | $26.38 | $2,637.50 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 02/18/2004 | 800 | $26.22 | $20,972.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/01/2004 | 100 | $23.95 | $2,395.41 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/01/2004 | 400 | $24.14 | $9,657.20 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/02/2004 | 300 | $25.17 | $7,951.71 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/04/2004 | 500 | $25.20 | $13,248.10 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/10/2004 | 100 | $27.45 | $2,744.71 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/10/2004 | 100 | $25.00 | $2,500.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/11/2004 | 200 | $24.92 | $4,984.92 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/10/2004 | 200 | $22.48 | $4,496.28 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/10/2004 | 200 | $21.99 | $4,397.62 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/11/2004 | 100 | $21.93 | $2,193.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 10/15/2004 | 200 | $19.44 | $3,887.80 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 10/20/2004 | 600 | $19.28 | $11,569.86 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 10/20/2004 | 100 | $17.75 | $1,774.50 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 10/26/2004 | 700 | $17.80 | $12,457.20 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 10/26/2004 | 300 | $19.31 | $5,793.27 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 11/03/2004 | 100 | $18.77 | $1,876.98 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 11/04/2004 | 800 | $18.17 | $14,533.04 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/05/2005 | 200 | $19.72 | $3,943.62 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/18/2005 | 200 | $19.81 | $3,961.54 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/19/2005 | 200 | $19.81 | $3,962.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/20/2005 | 300 | $19.71 | $5,914.26 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/21/2005 | 400 | $19.62 | $7,846.88 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/28/2005 | 200 | $18.75 | $3,750.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/16/2005 | 200 | $15.00 | $3,000.00 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/16/2005 | 500 | $15.23 | $7,614.10 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 03/17/2005 | 200 | $16.10 | $3,219.02 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/11/2006 | 400 | $16.35 | $6,541.76 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/12/2006 | 800 | $15.81 | $12,645.92 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/15/2006 | 300 | $15.70 | $4,710.30 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/19/2006 | 700 | $15.13 | $10,589.04 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/22/2006 | 200 | $15.16 | $3,031.64 | | | | | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 05/23/2006 | 200 | $15.33 | $3,066.08 | | | | | |

Movant's Purchases and Losses

Telik Inc

| | | | | | |
|---|---|---|---|---|---|
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 10/16/2006 | 100 | $18.75 | $1,875.00 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 10/16/2006 | 1,000 | $18.81 | $18,813.80 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 12/26/2006 | 2,400 | $4.75 | $11,392.32 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/03/2007 | 2,300 | $4.45 | $10,225.11 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/04/2007 | 700 | $4.47 | $3,129.63 | |
| Electrical Workers Pension Fund, Local 103, I.B.E.W. | 01/05/2007 | 900 | $4.50 | $4,046.40 | |
| **Movant's Total** | | **22,200** | | **$360,415.91** | |
| | | 22,200 | | $132,541.05 | ($227,874.86) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $3.32 as of August 03, 2007.