UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM &COMPANY, INC., LAZARD FRERES & CO. LLC, FORTIS SECURITIES, INC. and J.P. MORGAN SECURITIES, INC<br><br>    Defendants. | ) Civil No. 1:07-CV-04819-CM<br>)<br>)<br>) ELECTRONICALLY FILED<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC. and J.P. MORGAN SECURITIES, INC.<br><br>    Defendants. | ) Civil No. 1:07-CV-5707-CM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I hereby certify that on August 6, 2007, I electronically filed the foregoing

**(1)** **NOTICE OF APPEARANCE** [by Steven E. Fineman, Esq.];

**(2)** **NOTICE OF APPEARANCE** [by Daniel P. Chiplock, Esq.];

**(3)** **MOTION OF ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT M.B.H. FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL;**

722666.1

**(4)** **MEMORANDUM IN SUPPORT OF THE MOTION OF ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF ITS SELECTION OF COUNSEL;**

**(5)** **DECLARATION OF JAMES M. EVANGELISTA IN SUPPORT OF THE MOTION OF ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF ITS SELECTION OF COUNSEL (*and Exhibits A-G attached thereto*); and**

**(6)** **CERTIFICATE OF SERVICE**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing electronically to registered counsel. Pursuant to that notification, a true and exact copy of the foregoing will also be mailed by first class U.S. mail on the next business day to any party or counsel not receiving electronic service from CM/ECF.

Dated this 6th day of August, 2007.

> s/ Daniel P. Chiplock
> Daniel P. Chiplock, Esq. (DC – 1137)
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> 780 Third Avenue, 48th Floor
> New York, NY  10017-2024
> Telephone:  (212) 355-9500
> Facsimile:   (212) 355-9592