UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM &COMPANY, INC., LAZARD FRERES & CO. LLC, FORTIS SECURITIES, INC. and J.P. MORGAN SECURITIES, INC<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:07-CV-04819-CM<br><br><u>CLASS ACTION</u><br><br><u>ELECTRONICALLY FILED</u> |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC. and J.P. MORGAN SECURITIES, INC.<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:07-CV-5707-CM<br><br><u>CLASS ACTION</u> |

**NOTICE OF WITHDRAWAL OF MOTION OF
ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT
M.B.H. FOR CONSOLIDATION, APPOINTMENT AS LEAD
<u>PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that institutional investor Erste-Sparinvest

Kapitalanlagegesellschaft m.b.H. ("Erste-Sparinvest") hereby withdraws its Motion for

Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel, filed with this Court on August 6, 2007.

Respectfully submitted this 17th day of August, 2007.

>s/ Daniel P. Chiplock_____
>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
>Steven E. Fineman, Esq. (SF – 8481)
>Daniel P. Chiplock, Esq. (DC – 1137)
>780 Third Avenue, 48th Floor
>New York, New York 10017-2024
>Tel: 212-355-9500
>Fax: 212-355-9592
>
>MOTLEY RICE LLC
>Lauren S. Antonino, Esq.
>James M. Evangelista, Esq. (JE – 1246)
>600 West Peachtree Street, Suite 800
>Atlanta, Georgia 30308
>Tel: 404-201-6900
>Fax: 404-201-6959
>
>MOTLEY RICE LLC
>Joseph F. Rice, Esq.
>Ann K. Ritter, Esq.
>James M. Hughes, Esq.
>P. O. Box 1792 (29465)
>28 Bridgeside Boulevard
>Mount Pleasant, South Carolina 29464
>Tel: 843-216-9000
>Fax: 843-216-9450
>
>Counsel for Erste-Sparinvest