**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
   email:  pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
   email:  lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for Lead Plaintiffs and Class

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>               Plaintiff,<br><br>     vs.<br><br>TELIK, INC., et al.<br><br>               Defendants. | Case No.: 1:07-cv-04819 (CM)<br><br>**RESPONSE OF THE TELIK INVESTOR GROUP TO THE COMPETING MOTIONS TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL** |
| KEVIN HENNESSY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>               Plaintiff,<br><br>     vs.<br><br>TELIK, INC., et al.<br><br>               Defendants. | Case No.:  1:07-cv-05707 (CM) |

On  August 6, 2007 Plaintiffs Carlos Caprioglio, Hillel Abrams, and Shirish and Geeta Shah

(the "Telik Investor Group") moved this Court pursuant to Section 21D(a)(3)(B) of the Securities

Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), for an entry of an Order: appointing the Telik Investor Group as Lead Plaintiffs; approving its selection of counsel; and consolidating all related actions pursuant to Fed. R. Civ. P. 42(a).

Based upon review of the competing motions, the Telik Investor Group does not appear have the largest financial stake in the relief sought by the class as compared to other competing movants. However, should the Court determine that the competing movants lack standing, are inadequate, or have any other insurmountable deficiency or conflict, the Telik Investor Group stands ready, willing and able to serve as Lead Plaintiffs. This response shall have no effect on the members of the Telik Investor Group's rights as a member of the proposed class, including but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

Dated: August 20, 2007

_____/s/ Phillip Kim_____
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
**THE ROSEN LAW FIRM, P.A.**

Counsel for the Telik Investor Group

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this on the 20th day of August, 2007, a true and correct copy of the foregoing **RESPONSE OF THE TELIK INVESTOR GROUP TO THE COMPETING MOTIONS: (1) TO CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD PLAINTIFFS' SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim