UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>vs. :<br><br>TELIK, INC., et al., :<br><br>Defendants. : | Civil Action No. 1:07-cv-04819-CM<br><br><u>CLASS ACTION</u> |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>vs. :<br><br>TELIK, INC., et al., :<br><br>Defendants. : | Civil Action No. 1:07-cv-05707-CM<br><br><u>CLASS ACTION</u> |

MEMORANDUM IN FURTHER SUPPORT OF THE MOTION OF ELECTRICAL
WORKERS PENSION FUND, LOCAL 103, I.B.E.W. FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD
COUNSEL AND IN RESPONSE TO THE COMPETING MOTIONS

Institutional Investor Electrical Workers Pension Fund, Local 103, I.B.E.W. (the "Electrical Workers Pension Fund") respectfully submits this memorandum of law in further support of its Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of its Selection of Lead Counsel and in response to the competing motions.

Based upon a review of the lead plaintiff motions, it appears that there are other movants who claim to have a larger financial interest than the Electrical Workers Pension Fund. In recognition of this, the Electrical Workers Pension Fund respectfully submits that it is ready, willing and able to serve as Lead Plaintiff should the Court determine that the other movants are inadequate or atypical to lead this litigation on behalf of the Class.

Finally, it should be noted that the Electrical Workers Pension Fund is the only lead plaintiff movant who purchased shares of Telik, Inc. common stock directly in the Company's January 28, 2005 public offering. Should the Court-appointed Lead Plaintiff fail to name a class representative to preserve the Securities Act of 1933 claims of purchasers in the January 28, 2005 public offering by the time of the filing of Lead Plaintiff's Amended Complaint, the Electrical Workers Pension Fund would seek at that time to intervene as a class representative.

DATED: August 20, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

/s/ *Mario Alba, Jr.*
MARIO ALBA, JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

- 1 -

- 2 -

       LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
       DARREN J. ROBBINS
       TRICIA L. McCORMICK
       655 West Broadway, Suite 1900
       San Diego, CA 92101
       Telephone: 619/231-1058
       619/231-7423 (fax)

       [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on August 20, 2007, I caused a true and correct copy of the attached:

Memorandum In Further Support Of The Motion Of Electrical Workers Pension Fund, Local 103, I.B.E.W. For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel And In Response To The Competing Motions

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

*/s/ Mario Alba Jr.*
Mario Alba Jr.

TELIK

Service List - 8/20/2007    (07-0128)

Page 1 of 2

**Counsel For Defendant(s)**

David W. Hailer
Linda C. Goldstein
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
   212/841-1000
   212/841-1010 (Fax)

Jack C. Auspitz
Jamie A. Levitt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050
   212/468-8000
   212/468-7900 (Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

C.P. Bartholomew
Finkelstein Thompson LLP
601 Montgomery Street, Suite 665
San Francisco, CA  94111
   415/398-8700
   415/398-8704 (Fax)

Donald J. Enright
Elizabeth K. Tripodi
Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, DC  20007
   202/337-8000
   202/337-8090 (Fax)

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
   610/660-8000
   610/660-8080 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

TELIK

Service List - 8/20/2007    (07-0128)

Page 2 of 2

Darren J. Robbins
Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423(Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056(Fax)

Laurence M. Rosen
Phillip Kim
The Rosen Law Firm P.A.
350 Fifth Avenue
New York, NY  10118
  212/686-1060
  212/202-3827(Fax)