# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
ANDREW R. MAY, Individually and on          :
Behalf of All Others Similarly Situated,    :        07-Civ-4819-CM
                                            :
                  Plaintiff,                :
                                            :
            vs.                             :
                                            :
TELIK CORPORATION, MICHAEL M. WICK          :
CYNTHIA M. BUTITTA, UBS SECURITIES          :
LLC, LEHMAN BROTHERS, HOLDINGS INC.         :
BEAR STEARNS & CO., INC., NEEDHAM &         :
COMPANY, INC., LAZARD FRERES & CO.,         :
LLC., FORTIS SECURITIES INC. AND J.P.       :
MORGAN SECURITIES INC.,                     :
                                            :
                  Defendants.               :
-----------------------------------------------------------X
KEVIN HENNESSY, Individually and on         :
Behalf of All Others Similarly Situated,    :        07-Civ-5707-CM
                                            :
                  Plaintiff,                :
                                            :
            vs.                             :
                                            :
TELIK CORPORATION, MICHAEL M. WICK          :
CYNTHIA M. BUTITTA, UBS SECURITIES          :
LLC, LEHMAN BROTHERS, HOLDINGS INC.         :
AND J.P. MORGAN SECURITIES INC.,            :
                                            :
                  Defendants.               :
-----------------------------------------------------------X
```

## WITHDRAWAL OF MOTION OF THE MEHAN GROUP
## FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
## AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

Based upon the pending lead plaintiff motions, the Policeman's Annuity and

Benefit Fund of Chicago (the "Chicago Fund"), has the largest financial interest based

upon the Class Period alleged. Accordingly, movants Ramesh K. Mehan, RML Limited,

Ramesh K. Mehan Irrevocable Children's Trust, Joel K. Mehan Irrevocable Trust, Sheila G. Mehan Irrevocable Trust, Renee Mehan Family Trust, Neal D. Mehan Irrevocable Trust, Rahul D. Mehan and Ramesh K. Mehan Family Trust (the "Mehan Group"), hereby withdraws its Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, filed with this Court on August 6, 2007. The Mehan Group remains ready, willing, and able to serve as Lead Plaintiff should the Court determine that Chicago Fund should not be sole Lead Plaintiff or Co-Lead Plaintiff.

Dated: August 27, 2007

Respectfully submitted,

**BROWER PIVEN**
A Professional Corporation

By: /s/ Elizabeth A. Schmid

David A.P. Brower (DB-4923)
Elizabeth A. Schmid (ES-1294)
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

**BROWER PIVEN**
A Professional Corporation
Charles J. Piven
Marshall N. Perkins
World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: (410) 332-0030
Facsimile: (410) 685-1300

*Proposed Lead Counsel for the*
*Mehan Group and the Class*