UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ──────────────────────────── x | | |
| | : | Civil Action No.:  07 Civ. 4819 (CM) |
| ANDREW R. MAY, on Behalf of Himself and | : | |
| All Others Similarly Situated, | : | |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| | : | |
| v. | : | CERTIFICATE OF SERVICE |
| | : | |
| TELIK, INC., MICHAEL M. WICK, | : | |
| CYNTHIA M. BUTITTA, UBS SECURITIES | : | |
| LLC, LEHMAN BROTHERS HOLDINGS, | : | |
| INC., BEAR, STEARNS & CO., INC., | : | |
| NEEDHAM & COMPANY, INC., LAZARD | : | |
| FRÈRES & CO. LLC, FORTIS SECURITIES | : | |
| INC., and J.P. MORGAN SECURITIES INC., | : | |
| | : | |
| Defendants. | : | |
| ──────────────────────────── | : | |
| | : | |
| KEVIN HENNESSY, Individually and On | : | Civil Action No.  07 Civ. 5707 (CM) |
| Behalf of All Others Similarly Situated, | : | |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| TELIK, INC., MICHAEL M. WICK, | : | |
| CYNTHIA M. BUTITTA, UBS SECURITIES | : | |
| LLC, LEHMAN BROTHERS HOLDINGS | : | |
| INC., and | : | |
| J.P. MORGAN SECURITIES, INC., | : | |
| | : | |
| Defendants. | : | |
| ──────────────────────────── x | | |

I, James Tullman, hereby certify that on August 27, 2007, I caused a true and correct copy of the following document to be served via first class mail to the counsel listed below:

Reply Memorandum of Law in Support of the Motion of ZVI Trading Corp. Employees' Money Purchase Pension Plan & Trust for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY<br>  TOPAZ & KESSLER LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:   (610) 667-7706<br>Fax:  (610) 667-7056<br><br>*Counsel for Plaintiff Kevin Hennessey* | Jack C. Auspitz<br>Jamie A. Levitt<br>MORRISON & FOERSTER<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel:   (212) 468-8000<br><br>*Counsel for Defendants Telik, Inc., Michael M. Wick and Cynthia M. Butitta*<br><br>David W. Haller<br>Linda C. Goldstein<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel:   (212) 841-1000<br><br>*Counsel for Defendants UBS Securities LLC, Lehman Brothers Holdings, Inc., Bear Stearns & Co., Inc., Needham & Co., Inc., Lazard Freres & Co. LLC, Fortis Securities, Inc. and J. P. Morgan Securities, Inc.* |

| | |
|---|---|
| Dated:   August 27, 2007 | **WEISS & LURIE** |

        /s/ James E. Tullman
Joseph H. Weiss (JW-4534)
James E. Tullman (JT 9597)
551 Fifth Avenue
New York, New York 10176
Tel:   (212) 682-3025
Fax:   (212) 682-3010
Email:  jtullman@weisslurie.com

  - and -

**WEISS & LURIE**
Jordan L. Lurie
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:   (310) 209-2348
Email: jlurie@weisslurie.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff and the Class