

# LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NEW YORK 10017-2024
TELEPHONE (212) 355-9500
FACSIMILE (212) 355-9592
mail@lchb.com
www.lchb.com

DANIEL P. CHIPLOCK
PARTNER

SAN FRANCISCO
NASHVILLE

DOCKET IN CASE #
AS: Letter
DATE,      CM

August 17, 2007

**BY FIRST CLASS MAIL**

Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

      Re:   <u>Andrew R. May v. Telik, Inc., et al.</u>, Civil No. 1:07-CV-4819-CM;
            <u>Kevin Hennessy v. Telik, Inc., et al.</u>, Civil No. 1:07-CV-5707-CM

Dear Judge McMahon:

    In accordance with your Individual Practices, enclosed please find courtesy copies of the following documents, which were e-filed on the Southern District of New York's ECF website in the above-referenced actions today:

(1)   NOTICE OF WITHDRAWAL OF MOTION OF ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT M.B.H. FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL; and

(2)   CERTIFICATE OF SERVICE.

Thank you for your consideration.

Respectfully,

Daniel P. Chiplock, Esq.

cc:   Counsel on attached service list (via first class mail)

724583.1