

MORRISON | FOERSTER

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1290 AVENUE OF THE AMERICAS
NEW YORK
NEW YORK 10104-0050

TELEPHONE:212.468.8000
FACSIMILE:212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

September 21, 2007

Writer's Direct Contact
212.468.8203
JLevitt@mofo.com

**MEMO ENDORSED**

By Facsimile

Honorable Colleen McMahon
United States District Court
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:    *Kevin Hennessy v. Telik, Inc. et al.*, No. 07-CV-5707
       *Andrew R. May v. Telik, Inc. et al.*, No. 07-CV-4819
       *Stephen O'Grady v. Telik, Inc. et al.*, No. 07-CV-7040

Dear Judge McMahon:

We are counsel for defendants Telik, Inc. ("Telik") and the individual defendants in the
above-referenced actions and write to request that the Court adjourn the parties' time to
submit a Case Management Plan until after lead plaintiff is appointed and a consolidated,
amended complaint is filed. We have consulted with counsel for the underwriter defendants,
who join in this request.

These cases are brought as putative securities class actions, which are subject to the Private
Securities Litigation Reform Act ("PSLRA"). Currently, a number of competing parties
have filed motions seeking appointment as lead plaintiff in the case.

Pursuant to this Court's August 23, 2007 Orders, the parties are required to confer and
submit the Court's Civil Case Management Plan by Monday, September 24, 2007 in
preparation for an Initial Conference on October 12, 2007. Until lead plaintiff is appointed
and a consolidated, amended complaint is filed, there is no counsel with whom defendants
can confer and no pleading that defines the claims being made. In addition, based on the
consolidated complaint, defendants may file motions to dismiss, which would stay discovery
under the PSLRA. Accordingly, we respectfully request leave to submit the Case
Management Plan after lead plaintiff is appointed and a consolidated amended complaint is
filed.

ny-776275

MORRISON | FOERSTER

The Honorable Colleen McMahon
September 21, 2007
Page Two

We are available at the Court's convenience to respond to any questions and thank Your
Honor for consideration of our request.

Respectfully submitted,

Jamie A. Levitt

cc:    David Haller, Covington & Burling (counsel for Underwriter Defendants)
       Samuel H. Rudman, Coughlin Stoia Geller Rudman & Robbins, LLP (counsel for
       Plaintiff Andrew R. May)
       Evan J. Smith, Brodsky & Smith (counsel for Plaintiff Kevin Hennessy)
       Christopher J. Keller, Labaton Sucharow & Rudoff LLP (counsel for Stephen
       O'Grady)

ny-776275