```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

# BERNSTEIN LIEBHARD & LIFSHITZ, LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET

NEW YORK, NEW YORK 10016

(212) 779-1414

FAX: (212) 779-3218

www.bernlieb.com

**MEMO ENDORSED**

October 9, 2007

**BY HAND**

The Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

Re: **May v. Telik, Inc. (No. 07-4819 (CM))**

Dear Judge McMahon:

We are counsel for the Policemen's Annuity and Benefit Fund of Chicago, the proposed lead plaintiff in the above-reference matter. We respectfully write to confirm that the conference before Your Honor, scheduled for October 12, 2007, will go forward. By Memo-Endorsement, dated September 21, 2007, the Court granted the parties leave to submit a case management plan after the appointment of lead plaintiff under the Private Securities Litigation Reform Act. Because the conference was scheduled prior to entry of that September 21, 2007 Order, and because no case management plan has yet been submitted to the Court, after conferring with Morrison & Foerster, counsel for Telik and the Individual Defendants, we wanted to ensure that we were not taking up the Court's time needlessly.

Respectfully submitted,

Joseph R. Seidman, Jr.

JRS/js
cc: David Haller
    Samuel Rudman
    Evan Smith
    Christopher Keller
    Jamie Levitt

*I want to see you on Friday.*

[signed] Colleen McMahon 10/9/07

12744v1

NEW YORK ◆ PENNSYLVANIA