# MORRISON | FOERSTER

1290 AVENUE OF THE AMERICAS
NEW YORK
NEW YORK 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

# MEMO ENDORSED

November 2, 2007

Writer's Direct Contact
212.468.8203
JLevitt@mofo.com

By Facsimile

Honorable Colleen McMahon
United States District Court
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

11/5/07
Extension granted

Re: *In re Telik, Inc. Securities Litigation*
Civil No. 07-04819 (CM)

Dear Judge McMahon:

We are counsel for the Telik Defendants in the above-referenced action and write to request that the briefing schedule for the opposition and reply papers on class certification be extended one week each in order to accommodate the unanticipated addition of two proposed class representatives who need to be deposed. This request is made jointly by all parties and with the consent of their counsel.

The briefing schedule for class certification was set by Your Honor on October 12, 2007, upon the understanding, at that time, that only one class representative, lead plaintiff Policeman's Annuity and Benefit Fund of Chicago (the "Policeman's Fund") would need to be deposed. Plaintiffs' opening brief is due on November 13, 2007 and Defendants' opposition brief is due 17 days later on November 30, 2007, with depositions to be taken between those dates. Plaintiffs' counsel has informed us that they intend to move for the appointment of three class representatives instead of one: the Policeman's Fund, the Mehan Group, and the Electrical Workers Pension Fund. Despite due effort, we are having difficulty scheduling document production and three depositions with sufficient time to incorporate the discovery into our opposition papers, particularly in light of the Thanksgiving holiday. As such, the parties respectfully request that Defendants' opposition be extended one week, from November 30 to December 7, to account for the time needed to complete the additional depositions. Plaintiff's reply would, accordingly, be extended from December 7 to December 14, 2007.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07
```

MORRISON | FOERSTER

The Honorable Colleen McMahon
November 2, 2007
Page Two

If this proposal meets with the Court's approval, we respectfully request that Your Honor "So Order" this letter and forward it to the Clerk for filing. We are available at the Court's convenience to respond to any questions and thank Your Honor for consideration of our request.

Respectfully submitted,

Jamie A. Levitt

cc: Joseph Seidman, Bernstein Liebhard & Lifshitz, LLP (counsel for Lead Plaintiff)
David Haller, Covington & Burling (counsel for Underwriter Defendants)