UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TELIK, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) Civil Action No. 07-cv-04819 (CM) |

### NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that on a date to be decided by the Court, Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Plaintiffs Ramesh K. Mehan, RML Limited, Ramesh K. Mehan Irrevocable Children's Trust, Joel K. Mehan Irrevocable Trust, Sheila G. Mehan Irrevocable Trust, Renee Mehan Family Trust, Neal D. Mehan Irrevocable Trust, Rahul D. Mehan and Ramesh K. Mehan Family Trust, on behalf of themselves and all persons and entities who purchased or otherwise acquired Telik, Inc. common stock between February 19, 2004 and June 4, 2007, inclusive, by and through Lead Counsel, will move for preliminary approval of the settlement of the captioned action pursuant to the terms of the Stipulation and Agreement of Settlement, dated April 16, 2008, before the Honorable Colleen McMahon, United States District Judge, Courtroom 21B, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
April 16, 2008

Respectfully submitted,

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

14921v1

By: /s/
_____
Stanley D. Bernstein (SB-1644)
Mel E. Lifshitz (ML-2616)
Timothy J. MacFall (TM-8639)
Joseph R. Seidman, Jr. (JS-9260)
10 East 40th Street
New York, New York  10016
(212) 779-1414
(212) 779-3218 (fax)

*Attorneys for Lead Plaintiff and Proposed Settlement Class*

14921v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached was served upon the following counsel of record in the actions filed this Court, First Class Mail prepaid, this 16th day of April, 2008:

*Attorneys for Defendants:*

David W. Haller
Linda C. Goldstein
**Covington & Burling LLP**
620 Eighth Avenue
New York, NY  10018

Jamie Levitt
**Morrison & Foerster LLP**
755 Page Mill Road
Palo Alto, CA  94304

*Attorneys for Plaintiff Mehan Group*:

David A.P. Brower
**Brower Piven, P.C.**
488 Madison Avenue
Eighth Floor
New York, New York  10022

/s/
_____
JOSEPH R. SEIDMAN, JR.

14921v1