UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TELIK, INC. <br> SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) | Civil Action No. 07-cv-04819 (CM) <br><br> **SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION** <br><br> **EXHIBIT A-3** |

**TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED TELIK, INC. ("TELIK") COMMON STOCK BETWEEN FEBRUARY 19, 2004 AND JUNE 4, 2007, BOTH DATES INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, at ___ a.m., before the Honorable Colleen McMahon at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, for the purpose of determining (1) whether the proposed settlement of the claims in the Action for the sum of $5,000,000.00, should be approved by the Court as fair, reasonable and adequate; (2) thereafter, whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement dated as of April 16, 2008; (3) whether the Plan of Allocation is fair, reasonable, and adequate and, therefore, should be approved; (4) whether the application of Lead Counsel, on behalf of Plaintiffs' Counsel, for the payment of attorneys' fees and reimbursement of expenses incurred in connection with this Action should be approved; and (5) such other matters as the Court may deem appropriate.

If you purchased or otherwise acquired Telik common stock between February 19, 2004 and June 4, 2007, both dates inclusive, your rights may be affected by the settlement of this

15578v1

Action.  If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action and a copy of the Proof of Claim and Release, you may obtain copies by writing to:

>   The Garden City Group, Inc.
>   Telik Securities Litigation
>   P.O. Box 9000, #____
>   Merrick, NY  11566-9000

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release postmarked on or before _____, establishing that you are entitled to recovery.

If you desire to be excluded from the Settlement Class, you must submit a Request for Exclusion postmarked by ____, 2008, in the manner and form explained in the detailed Notice referred to above.  All Members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation of Settlement.

Any objection to the settlement must be mailed or delivered such that it is *received* by each of the following on or before ____, 2008:

>   *Court:*
>
>   Clerk of the Court
>   UNITED STATES DISTRICT COURT
>   SOUTHERN DISTRICT OF NEW YORK
>   Daniel Patrick Moynihan U.S. Courthouse
>   500 Pearl Street
>   New York, New York 10007
>
>   *Lead Counsel for Plaintiffs:*
>
>   Timothy J. MacFall, Esq.
>   Bernstein Liebhard & Lifshitz. LLP
>   10 E. 40th St., 29th Floor
>   New York, NY  10016-0201
>
>   *Counsel for Defendants Telik, Michael F. Wick and Cynthia M. Buttita:*
>
>   Jamie A. Levitt, Esq.

      Morrison & Foerster LLP
      1290 Avenue of the Americas
      New York, New York 10104-0050

*Counsel for the Underwriter Defendants:*

      David W. Haller, Esq.
      Covington & Burling, LLP
      620 Eighth Avenue
      New York, New York 10018-1405

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the settlement, you may contact Lead Counsel for Plaintiffs at the address listed above.

DATED: April _, 2008                       BY ORDER OF THE COURT
                                                   UNITED STATES DISTRICT COURT
                                                   SOUTHERN DISTRICT OF NEW YORK