## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached was served upon the following counsel of record in the actions filed this Court, First Class Mail prepaid, this 16th day of April, 2008:

*Attorneys for Defendants:*

| | |
|---|---|
| David W. Haller | Jamie Levitt |
| Linda C. Goldstein | **Morrison & Foerster LLP** |
| **Covington & Burling LLP** | 755 Page Mill Road |
| 620 Eighth Avenue | Palo Alto, CA 94304 |
| New York, NY 10018 | |

*Attorneys for Plaintiff Mehan Group:*

David A.P. Brower
**Brower Piven, P.C.**
488 Madison Avenue
Eighth Floor
New York, New York 10022


/s/
_____
JOSEPH R. SEIDMAN, JR.

14921v1