UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TELIK, INC.<br>SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) Civil Action No. 07-cv-04819 (CM) |

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF FINAL CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, AND APPROVAL OF AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on September 5, 2008, at 9:30 a.m., Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Plaintiffs Ramesh K. Mehan, RML Limited, Ramesh K. Mehan Irrevocable Children's Trust, Joel K. Mehan Irrevocable Trust, Sheila G. Mehan Irrevocable Trust, Renee Mehan Family Trust, Neal D. Mehan Irrevocable Trust, Rahul D. Mehan and Ramesh K. Mehan Family Trust, on behalf of themselves and all persons and entities who purchased or otherwise acquired Telik, Inc. common stock between February 19, 2004 and June 4, 2007, inclusive, by and through Lead Counsel, will move for final approval of the settlement of the captioned class action, final certification of the class for settlement purposes, final approval of the plan of allocation, and approval of the proposed award of attorneys' fees and reimbursement of expenses, pursuant to the terms of the Stipulation and Agreement of Settlement, dated April 16, 2008, before the Honorable Colleen McMahon, United States

18401v1

District Judge, Courtroom 21B, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 29, 2008

Respectfully submitted,

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

By: /s/
_____
Stanley D. Bernstein
(bernstein@bernlieb.com)
Mel E. Lifshitz (lifshitz@bernlieb.com)
Timothy J. MacFall (macfall@bernlieb.com)
Joseph R. Seidman, Jr.
(seidman@bernlieb.com)
10 East 40th Street
New York, New York  10016
(212) 779-1414
(212) 779-3218 (fax)

*Attorneys for Lead Plaintiff and Proposed Settlement Class*

18401v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached was served upon the following counsel of record in the actions filed this Court, First Class Mail prepaid, this 29th day of August, 2008:

*Attorneys for Defendants:*

David W. Haller
Linda C. Goldstein
**Covington & Burling LLP**
620 Eighth Avenue
New York, NY 10018

Jamie Levitt
**Morrison & Foerster LLP**
755 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Plaintiff Mehan Group:*

David A.P. Brower
**Brower Piven, P.C.**
488 Madison Avenue
Eighth Floor
New York, New York 10022

*Objectors* (by fedex):

Andrew May
10321 Beaumont St.
Fairfax, VA 22030

Lloyd Sampson
2849 27th St. S.
Fargo, ND 58103

/s/

_____
JOSEPH R. SEIDMAN, JR.

18401v1