EXHIBIT C

| Company Name | Symbol | Date 1 | Price 1 | Date 2 | Price 2 | % Drop |
|---|---|---|---|---|---|---|
| Keryx Biopharmaceuticals, Inc. | KERX | 03/07/08 | $ 5.26 | 03/10/08 | $ 0.64 | 87.83% |
| Keryx said the Phase III clinical trial failed to meet the primary objective of the study (key diabetes drug candidate Sulonex) ||||||||
| Sonus Pharmaceuticals Inc. | SNUS | 09/21/07 | $ 4.35 | 09/24/07 | $ 0.70 | 83.91% |
| Sonus Pharmaceuticals Inc. SNUS:SONUS Pharmaceuticals Inc said Monday that its Phase 3 trial of Tocosol Paclitaxel in women with metastatic breast cancer did not meet its primary endpoint ||||||||
| Renovis, Inc. | RNVS | 10/25/06 | $ 14.20 | 10/26/06 | $ 3.43 | 75.85% |
| announcement of the failure of a phase 3 trial for drug candidate NXY-059, which had blockbuster potential to treat certain types of strokes. Partner Renovis (Nasdaq: RNVS) was crushed on the news, falling more than 70% ||||||||
| Genitope Corporation | GTOP | 12/20/07 | $ 2.59 | 12/21/07 | $ 0.82 | 68.34% |
| Genitope said a Phase III trial examining the use of MyVax in previously untreated patients with follicular B-cell non-Hodgkin's lymphoma did not meet the primary target. ||||||||
| Columbia Laboratories, Inc. | CBRX | 02/02/07 | $ 4.61 | 02/05/07 | $ 1.48 | 67.90% |
| Columbia Laboratories' progesterone gel for the prevention of preterm birth in women with a previous preterm birth earlier than 35-weeks gestation failed in its Phase III trial. Prochieve did not achieve any reduction in the incidence of preterm birth at ||||||||
| Panacos Pharmaceuticals, Inc. | PANC | 11/17/03 | $ 2.25 | 11/18/03 | $ 0.75 | 66.67% |
| In addition, on November 17, 2003, Vitex announced that it received a recommendation on that date from an independent Data Safety Monitoring Committee ("DSMC") to halt enrollment in its Phase III chronic trial of the INACTINE ™ Pathogen Reduction System f ||||||||
| Cadence Pharmaceuticals, Inc. | CADX | 01/10/08 | $ 13.99 | 01/11/08 | $ 5.36 | 61.69% |
| Cadence Pharmaceuticals, Inc. (Nasdaq: CADX - News) today announced top line results of two of the company's four pivotal, Phase III clinical trials of Acetavance(TM), a formulation of acetaminophen for intravenous use. One of these clinical trials did no ||||||||
| AtheroGenics, Inc. | AGIX | 03/16/07 | $ 7.83 | 03/19/07 | $ 3.09 | 60.54% |
| AtheroGenics, Inc. (NasdaqGM:AGIX - News) today announced that its ARISE Phase III clinical study of its lead drug candidate, AGI-1067, did not show a difference from placebo in its composite primary endpoint; however, ||||||||
| DepoMed, Inc. | DEPO | 07/09/07 | $ 4.93 | 07/10/07 | $ 2.00 | 59.43% |
| DepoMed(DEPO - Cramer's Take - Stockpickr) shares nosedived Tuesday after the specialty pharmaceutical company announced that a phase III clinical trial for Gabapentin didn't meet its primary endpoint. ||||||||
| SciClone Pharmaceuticals, Inc. | SCLN | 12/13/05 | $ 3.85 | 12/14/05 | $ 2.31 | 40.00% |
| Shares of SciClone Pharmaceuticals Inc. plunged Wednesday, after Phase III trial data for the company's drug to treat hepatitis C liver disease showed no significant benefit to its patients. ||||||||

| | Average % Drop | 67.21% |
|---|---|---|