EXHIBIT G

EWT
LLC

June 18, 2008

RECEIVED
JUL - 7 2008
THE GARDEN CITY GROUP, INC.

In re Telik Inc. Securities Litigation
c/o The Garden City Group, Inc.
P.O. Box 9277
Dublin, OH 43017-4677

**Re: In re Telik Inc. Securities Litigation Settlement Class Exclusion**

Dear Claims Administrator:

EWT, LLC, located at 9242 Beverly Blvd., Suite 300, Beverly Hills, CA 90210, wishes to be excluded from *In re Telik, Inc. Securities Litigation,* Master File no. 07-4819. Unfortunately, I am unable to include a list of all purchases and sales of Telik Inc. Securities during the Class Period.

Please fax or send me a confirmation that you have received this request to be excluded from the class.

Thank You,

Shirley Scheker
Corporate Counsel
EWT, LLC
Tel: (310) 651-9754
sscheker@ewtllc.com

EWT, LLC
9242 BEVERLY BLVD, SUITE 300
BEVERLY HILLS, CA 90210

★ ★ ★ UNITED STATES POSTAGE
131
6620 $00.42⁰ PB8623602
JUN 27 08
2340 BEVERLY HILLS CA 90210

**In re Telik Inc. Securities Litigation**
**c/o The Garden City Group, Inc.**
**P.O. Box 9277**
**Dublin, OH 43017-4677**

43017X4677

PO Box 1059
Fernandina
FL 32034

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

Telik Securities Litigation
Garden City group
PO Box 9277
Dublin
OH 43017-4677

18th July 2008

**Re Case 07-cv-04819 (CM)**

In accordance with your notice dated May 6th 2008 but received 17the July ! (why is this so late in posting ?) **I wish to be excluded from the your Class Action.**

I am copying this to the Jurisdictional Court for the avoidance of doubt

Leilani Fryfogle

cc USDC Southern District of NY

JACKSONVILLE FL 322

18 JUL 2008 PM 1 1

LET US DARE TO READ, THINK, SPEAK ... John Adams, 17... USA FIRST CLASS

Telik Securities Litigation
c/o Garden City Group
P O Box 9277
Dublin
OH 43017-4677

43017#4677

RECEIVED
AUG 12 2008
THE GARDEN CITY GROUP, INC.

August 6, 2008

Dear Sirs,

I, Lloyd Sampson, opt out of and want to be excluded from your settlement. I still own 300 shares of Telik that I bought prior to June 4, 07.

I think it is ridiculous for me (a stock holder) to be suing my self and then giving some idiot leach lawyer half of the settlement proceeds. This make your court the laughing stock of the civilized world. I object to the settlement and I object to any laws that allow this kind of ridiculous situation to happen. If the lawyers want to sue the individuals (officers, directors, employees) responsible for the representations that caused me to lose $6000.00, I can agree with that, but to sue the company which is effectively suing myself is plain illogical and upside down. My potential $18 recovery is just adding insult to injury.

I can be reached at 701-235-5120 or at :

Lloyd Sampson
2849 27th St S
Fargo, ND 58103

[signature]



Sungsin
2849-27th St S
Fargo, ND 58103

FARGO ND 581
07 AUG 2008 PM 2 T

**In re Telik Inc. Securities Litigation**
**c/o The Garden City Group, Inc.**
**P.O. Box 9277**
**Dublin, OH 43017-4677**

43017+4677