EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TELIK, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-04819-CM<br><br><u>CLASS ACTION</u> |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TELIK, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-05707-CM<br><br><u>CLASS ACTION</u> |

**DECLARATION OF DAVID A. ROSENFELD ON BEHALF OF COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, DAVID A. ROSENFELD, declare as follows:

1. I am a member of the firm of Coughlin Stoia Geller Rudman & Robbins LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm investigated, drafted and filed the initial complaint in this consolidated action on behalf of Plaintiff Andrew R. May.[1] Subsequent to the Order consolidating the related cases, we were also retained by Electrical Workers Pension Fund, Local 103, I.B.E.W. to file a motion, with the assent of Lead Plaintiff, to intervene on its behalf to seek to be appointed as an additional named plaintiff and proposed class representative for purchasers of Telik, Inc. ("Telik") stock pursuant to or traceable to Telik's January 28, 2005 public offering.

3. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4. For purposes of lodestar cross-check, the total number of hours spent on this litigation by my firm is 223.80 and the total lodestar amount for attorney/paralegal time based on the firm's current rates is $85,703.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Darren J. Robbins | (P) | 0.8 | 690 | $552.00 |
| David Rosenfeld | (P) | 6 | 520 | $3,120.00 |
| Samuel Rudman | (P) | 1.2 | 690 | $828.00 |
| Randall H. Steinmeyer | (P) | 20.4 | 510 | $10,404.00 |
| David C. Walton | (P) | 3.8 | 640 | $2,432.00 |

---

[1] Coughlin Stoia did not represent Mr. May with respect to his objection to the settlement.

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Mario Alba | (A) | 6 | 455 | $2,730.00 |
| Mary K. Blasy | (A) | 55.6 | 495 | $27,522.00 |
| Suzanne H. Kaplan | (A) | 6.8 | 330 | $2,244.00 |
| Tricia McCormick | (CA) | 9 | 375 | $3,375.00 |
| Anthony J. Barhoum | (EA) | 7.6 | 340 | $2,584.00 |
| Scott R. Roelen | (EA) | 11.2 | 265 | $2,968.00 |
| Boris Uralets | (EA) | 8.8 | 275 | $2,420.00 |
| Frank E. Villalovas | (EA) | 11.2 | 340 | $3,808.00 |
| Kelley T. Brandon | (I) | 3.2 | 385 | $1,232.00 |
| Michelle M. Tomalonis | (I) | 8.4 | 300 | $2,520.00 |
| Shareholder Services | | 36.8 | 265 | $9,752.00 |
| Paralegals | | 27 | 250-280 | $7,212.00 |
| | **TOTAL:** | **223.80** | | **$85,703.00** |

(P) Partner
(A) Associate
(CA) Contract Attorney
(EA) Economic Analyst
(I) Investigator

5.  My firm incurred a total of $24,128.67 of expenses in connection with the prosecution of this litigation. They are broken down as follows:

### EXPENSES

From Inception to August 13, 2008

| DISBURSEMENT | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $102.20 |
| Photocopies | $461.50 |
| Telephone, Facsimile | $10.38 |
| Messenger, Overnight Delivery | $140.14 |
| Filing, Witness & Other Fees | $350.00 |
| Attorney Service Fee | $1,938.50 |
| Lexis, Westlaw, Online Library Research | $2,978.55 |
| Class Action Notices/Business Wire | $1,028.00 |
| Early Cost Notice | $5,983.00 |
| Experts/Consultants/Investigators | $10,762.50 |
| Staff Overtime | $373.90 |
| **TOTAL:** | **$ 24,128.67** |

6.  The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed this 28th day of August, 2008, at Melville, New York.

                                                        */s/ David A. Rosenfeld*
                                                        David A. Rosenfeld