EXHIBIT A

## Joseph Seidman

**From:** Marc Henzel [mhenzel@henzellaw.com]
**Sent:** Thursday, May 08, 2008 10:48 AM
**To:** Joseph Seidman
**Subject:** Telik

can my client call you?
what is a good time
Please visit the firm's website www.henzellaw.com
MARC S. HENZEL, ESQ.
ATTORNEY AT LAW
LAW OFFICES OF MARC S. HENZEL
273 MONTGOMERY AVE
SUITE 202
BALA CYNWYD, PA 19004
(610) 660-8000
FAX (610) 660-8080

6/26/2008

## Joseph Seidman

**From:** Joseph Seidman
**Sent:** Thursday, May 08, 2008 11:16 AM
**To:** 'Marc Henzel'
**Subject:** RE: Telik

Now is fine

---

**From:** Marc Henzel [mailto:mhenzel@henzellaw.com]
**Sent:** Thursday, May 08, 2008 10:48 AM
**To:** Joseph Seidman
**Subject:** Telik

can my client call you?
what is a good time
Please visit the firm's website www.henzellaw.com
MARC S. HENZEL, ESQ.
ATTORNEY AT LAW
LAW OFFICES OF MARC S. HENZEL
273 MONTGOMERY AVE
SUITE 202
BALA CYNWYD, PA 19004
(610) 660-8000
FAX (610) 660-8080

6/26/2008

## Joseph Seidman

**From:** Marc Henzel [mhenzel@henzellaw.com]
**Sent:** Thursday, May 08, 2008 11:28 AM
**To:** Joseph Seidman
**Subject:** RE: Telik

Andrew May will be calling you

MARC S. HENZEL, ESQ. ATTORNEY AT LAW LAW OFFICES OF MARC S. HENZEL 273 MONTGOMERY AVE SUITE 202 BALA CYNWYD, PA 19004 (610) 660-8000 FAX (610) 660-8080 Please visit our website www.henzellaw.com

Return-Path: <seidman@bernlieb.com>
Received: from mail1.bernlieb.com [70.42.39.103] by mail34.safesecureweb.com with SMTP;
Thu, 8 May 2008 11:16:08 -0400
Received: from spamfilter.bernlieb.com (127.0.0.1) by spamfilter.bernlieb.com (MlfMTA v3.2r9) id h4caom0171s6
for <mhenzel@henzellaw.com>; Thu, 8 May 2008 11:00:26 -0400 (envelope-from <Seidman@bernlieb.com>)
Received: from bllsvr3.bernlieb.com ([192.168.1.4])
by spamfilter.bernlieb.com (SonicWALL 6.1.0.9599)
with ESMTP; Thu, 08 May 2008 11:00:26 -0400
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----_=_NextPart_001_01C8B11E.70F69690"
Subject: RE: Telik
X-MimeOLE: Produced By Microsoft Exchange V6.5
Date: Thu, 8 May 2008 11:16:08 -0400
Message-ID: <559AA007E8627F42A4A55FE27768700C1D94F7@bllsvr3.bernlieb.com>
In-Reply-To: <267601c8b11a$838cd4d0$6401a8c0@marc1>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Telik
Thread-Index: AcixGocGkz1iRdjaTP+ls68Z7I45rgAA+KFw
References: <267601c8b11a$838cd4d0$6401a8c0@marc1>
From: "Joseph Seidman" <Seidman@bernlieb.com>
To: "Marc Henzel" <mhenzel@henzellaw.com>
X-Mlf-Version: 6.1.0.9599
X-Mlf-UniqueId: o200805081500260006445
X-SmarterMail-Spam: SPF_None

Now is fine

**From:** Marc Henzel [mailto:mhenzel@henzellaw.com]
**Sent:** Thursday, May 08, 2008 10:48 AM
**To:** Joseph Seidman
**Subject:** Telik

can my client call you?
what is a good time
Please visit the firm's website www.henzellaw.com

6/26/2008

MARC S. HENZEL, ESQ.
ATTORNEY AT LAW
LAW OFFICES OF MARC S. HENZEL
273 MONTGOMERY AVE
SUITE 202
BALA CYNWYD, PA 19004
(610) 660-8000
FAX (610) 660-8080

6/26/2008