EXHIBIT B

Securities Litigation

Civil Action No. 07-cv-04819 (CM)

Mr. Andrew R. May

10321 Beaumont Street

Fairfax, VA 22030

(703) 473-3818


Re:  Joseph R. Seidman, Jr

Bernstein Liebhard & Lifshitz, LLp

10 E. 40th St

New York, New York 10016

(212) 779-1414


Dear Mr. Joseph R. Seidman, Jr ;

        As to our conversation on Thursday  May 8, 2008 I asked you to get me every bit of

Factual evidence supporting  lead  councels  stipulation regarding the Telik INC class action

Class Action Law Suit. At this time you mentioned you would have your boss call Marc Henzel

However  Marc's  office has never  heard from you or anyone in your office.  Please provide

Me with every document required by law that supports the stipulation including all depositions

All recorded or even better all transcripts of conversations on the talks between lead counsel

And lead plantiffs. Mr. Joe ,  I will need all  transcripts taken directly by the  DMC'c by

Questioning and highlights of all transcriptions.  Mr. Joe , its very important if you can supply

Me with Teliks cash at the time lead was appointed. Can you tell me how much coverage

Telik has   by Insurance Co. for this issue on ?.   Can you release the insurance policy ?.

Please try to provide this information at earliest convenience as I will need to prepare for the

Stipulation hearing .

        Thank you for your kind attention in this matter.

                    Very truly yours.

                     Andrew R. May

CC :  Honorable Colleen McMahon