EXHIBIT C

**Joseph Seidman**

---

| | |
|---|---|
| **From:** | Joseph Seidman |
| **Sent:** | Friday, June 06, 2008 12:13 PM |
| **To:** | 'Marc Henzel' |
| **Subject:** | FW: Scanned document from Lydia Aponte (Lydia) |
| **Attachments:** | TELIK - LTR FROM ANDREW MAY - JUNE 5 - 2008.PDF |

Marc-enclosed is a letter I got today from your client. I do not remember telling him I would call you. He did ask for transcripts and documents produced when I spoke to Mr. May, but I told him, as I'm sure you know, that those things are confidential. He also requests some public information in his letter, such as Telik's cash position at time of lead plaintiff appointment. That he can find in an SEC filing. Please call if you have any questions.

---

**From:** Lydia Aponte
**Sent:** Friday, June 06, 2008 11:24 AM
**To:** Joseph Seidman
**Subject:** Scanned document from Lydia Aponte (Lydia)



TELIK - LTR FROM
ANDREW MAY - ...

1