EXHIBIT D

In Re Telik, INC.                                                                                                June 18, 2008

Securities Litigation

Civil Action No. 07-cv-04819 (CM)

Mr. Andrew R. May

10321 Beaumont Street

Fairfax, VA 22030

(703) 473-3818


Dear Judge Colleen McMahon ;

    I am a member of the plaintiffs' class and was the first to file a lawsuit regarding the claims of this case. In response to the settlement papers I received, I contacted Mr. Siedman, who is one of the lead counsel in the case and requested certain information from him. Mr. Siedman stated to me that he would have his boss contact Mr. Marc Henzel , who is my counsel on the complaint I filed. No one ever contacted Mr. Marc Henzel or myself and they did not provide either of us with any information that would support the settlement.

    It is my belief that Telik's management withheld important safety and results information from shareholders after they promised to keep the shareholders up to date, even way after the trials were finished. When management was asked about the final results of assist 1 – 2 - 3 trials, management refused to give truthful answers after being asked on a conference call even though the information was right in front of management. I also do not agree with the lead counseld claim that Telik's stock performance was caused by the market but rather that men and women using Telik's Telycyta died at alarming rates in the assist trials as compared to the control arms ..... trials that are going good have a way of leaking and these types of stocks can go up in a slower market. I would like to prove this too. Telik stated over and over again how safe Telycyta is and that the assist trials were well managed but when the trials finished Telik said the trials were poorly managed, which was the opposite of their statements that the trials were being closely monitored.

    At this time, **I'm filing an objection to the settlement as presented to** the court and would like to be present at the hearing. The facts as I understand them to not support a settlement of only $ 5 million for the shareholders. The support for the settlement as described in the facts of the settlement documents seem to be incorrect and contradicted by public information.

    This proposed settlement of $ 5 million is completely inadequate considering the facts.

    Thank you for your kind attention in this matter.

    Very truly yours.

    Andrew R. May  *Andrew R. May*

CC : Mr. Joseph R. Seidman, Jr

*forward to T's counsel*