EXHIBIT E

**Joseph Seidman**

| | |
|---|---|
| **From:** | Joseph Seidman |
| **Sent:** | Thursday, June 19, 2008 2:37 PM |
| **To:** | 'Marc Henzel' |
| **Subject:** | Telik |

Did you receive my 6/6 email? I got Mr. May's objection in the mail today. He says I never contacted you, which is not true. He also says I did not give him the reasons for the settlement. That, too, is not true.