EXHIBIT F

## Joseph Seidman

**From:** Marc Henzel [mhenzel@henzellaw.com]
**Sent:** Thursday, June 19, 2008 5:13 PM
**To:** Joseph Seidman
**Subject:** re: Telik

got your e-mail
we spoke 1 time, which was before Mr. may spoke with you. we did not speak after that
he did not like your reasons for the settlement and thinks you were lied to by the person who's deposition you took.

MARC S. HENZEL, ESQ. ATTORNEY AT LAW LAW OFFICES OF MARC S. HENZEL 273 MONTGOMERY AVE SUITE 202 BALA CYNWYD, PA 19004 (610) 660-8000 FAX (610) 660-8080 Please visit our website www.henzellaw.com

---

Return-Path: <seidman@bernlieb.com>
Received: from mail1.bernlieb.com [70.42.39.103] by mail34.safesecureweb.com with SMTP;
Thu, 19 Jun 2008 14:37:03 -0400
Received: from spamfilter.bernlieb.com (127.0.0.1) by spamfilter.bernlieb.com (MlfMTA v3.2r9) id hb9glg0171st
for <mhenzel@henzellaw.com>; Thu, 19 Jun 2008 09:38:31 -0400 (envelope-from <Seidman@bernlieb.com>)
Received: from bllsvr3.bernlieb.com ([192.168.1.4])
by spamfilter.bernlieb.com (SonicWALL 6.1.1.9687)
with ESMTP; Thu, 19 Jun 2008 09:38:30 -0400
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----_=_NextPart_001_01C8D23B.76CC9C00"
Subject: Telik
x-mimeole: Produced By Microsoft Exchange V6.5
Date: Thu, 19 Jun 2008 14:37:01 -0400
Message-ID: <559AA007E8627F42A4A55FE27768700C1D9708@bllsvr3.bernlieb.com>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Telik
Thread-Index: AcjSO3bTx0e8jNMZS0u62j1k04OIJA==
From: "Joseph Seidman" <Seidman@bernlieb.com>
To: "Marc Henzel" <mhenzel@henzellaw.com>
X-Mlf-Version: 6.1.1.9687
X-Mlf-UniqueId: o200806191338300074214
X-SmarterMail-Spam: SPF_None

Did you receive my 6/6 email? I got Mr. May's objection in the mail today. He says I never contacted you, which is not true. He also says I did not give him the reasons for the settlement. That, too, is not true.

6/26/2008

**Joseph Seidman**

**From:** Marc Henzel [mhenzel@henzellaw.com]
**Sent:** Thursday, June 19, 2008 5:58 PM
**To:** Joseph Seidman
**Subject:** RE: Telik

i did forward him your e-mail

MARC S. HENZEL, ESQ. ATTORNEY AT LAW LAW OFFICES OF MARC S. HENZEL 273 MONTGOMERY AVE SUITE 202 BALA CYNWYD, PA 19004 (610) 660-8000 FAX (610) 660-8080 Please visit our website www.henzellaw.com

Return-Path: <seidman@bernlieb.com>
Received: from mail1.bernlieb.com [70.42.39.103] by mail34.safesecureweb.com with SMTP;
Thu, 19 Jun 2008 17:31:41 -0400
Received: from spamfilter.bernlieb.com (127.0.0.1) by spamfilter.bernlieb.com (MlfMTA v3.2r9) id hba5460171sc
for <mhenzel@henzellaw.com>; Thu, 19 Jun 2008 12:33:05 -0400 (envelope-from <Seidman@bernlieb.com>)
Received: from bllsvr3.bernlieb.com ([192.168.1.4])
by spamfilter.bernlieb.com (SonicWALL 6.1.1.9687)
with ESMTP; Thu, 19 Jun 2008 12:33:05 -0400
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----_=_NextPart_001_01C8D253.DB67EFE0"
Subject: RE: Telik
x-mimeole: Produced By Microsoft Exchange V6.5
Date: Thu, 19 Jun 2008 17:31:38 -0400
Message-ID: <559AA007E8627F42A4A55FE27768700C1D970C@bllsvr3.bernlieb.com>
In-Reply-To: <9dc5da9e54e440109f45500233562b82@mail34.safesecureweb.com>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Telik
Thread-Index: AcjSUVNM5deyX7wRT+y/Z5sPDwb90wAAm5SA
References: <9dc5da9e54e440109f45500233562b82@mail34.safesecureweb.com>
From: "Joseph Seidman" <Seidman@bernlieb.com>
To: <mhenzel@henzellaw.com>
X-Mlf-Version: 6.1.1.9687
X-Mlf-UniqueId: o200806191633040077824
X-SmarterMail-Spam: SPF_None

No, but I wrote to you thinking that, as his counsel, you would contact Mr. May and relay what I wrote in the email.

**From:** Marc Henzel [mailto:mhenzel@henzellaw.com]
**Sent:** Thursday, June 19, 2008 5:13 PM
**To:** Joseph Seidman
**Subject:** re: Telik

got your e-mail
we spoke 1 time, which was before Mr. may spoke with you. we did not speak after that
he did not like your reasons for the settlement and thinks you were lied to by the person who's

6/26/2008

deposition you took.

MARC S. HENZEL, ESQ. ATTORNEY AT LAW LAW OFFICES OF MARC S. HENZEL 273 MONTGOMERY AVE SUITE 202 BALA CYNWYD, PA 19004 (610) 660-8000 FAX (610) 660-8080 Please visit our website www.henzellaw.com

---

Return-Path: <seidman@bernlieb.com>
Received: from mail1.bernlieb.com [70.42.39.103] by mail34.safesecureweb.com with SMTP; Thu, 19 Jun 2008 14:37:03 -0400
Received: from spamfilter.bernlieb.com (127.0.0.1) by spamfilter.bernlieb.com (MlfMTA v3.2r9) id hb9glg0171st for <mhenzel@henzellaw.com>; Thu, 19 Jun 2008 09:38:31 -0400 (envelope-from <Seidman@bernlieb.com>)
Received: from bllsvr3.bernlieb.com ([192.168.1.4])
by spamfilter.bernlieb.com (SonicWALL 6.1.1.9687)
with ESMTP; Thu, 19 Jun 2008 09:38:30 -0400
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----_=_NextPart_001_01C8D23B.76CC9C00"
Subject: Telik
x-mimeole: Produced By Microsoft Exchange V6.5
Date: Thu, 19 Jun 2008 14:37:01 -0400
Message-ID: <559AA007E8627F42A4A55FE27768700C1D9708@bllsvr3.bernlieb.com>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Telik
Thread-Index: AcjSO3bTx0e8jNMZS0u62j1k04OIJA==
From: "Joseph Seidman" <Seidman@bernlieb.com>
To: "Marc Henzel" <mhenzel@henzellaw.com>
X-Mlf-Version: 6.1.1.9687
X-Mlf-UniqueId: o200806191338300074214
X-SmarterMail-Spam: SPF_None

Did you receive my 6/6 email? I got Mr. May's objection in the mail today. He says I never contacted you, which is not true. He also says I did not give him the reasons for the settlement. That, too, is not true.

6/26/2008

*6/19/08 Notes*

I called Marc Henzel today to see if he got my 6/6 email. I left a message.