EXHIBIT G

**Updated Objection**                                        July 27, 2008
**To Be Added,**
**For Andrew R. May**
**New Evidence and Exhibits**

(Please Add To The Objection Package Dated July 16, 2008)

In Telik,INC.

Securities Litigation

Civil Action No.07-cv-04819-CM

**Mr. Andrew R. May**

10321 Beaumont Street

Fairfax, VA 22030

(703) 473-3818

Re : **Timothy J. MacFall, Esq.**

   **Joseph R. Siedman, Jr.**

Bernstein Liebhard & Lifshitz, LLP

10 East 40th Street, 29th Floor

New York, New York 10016-0201

Dear Mr. Siedman,

After reviewing your letter again dated July 02, 2008 you sent me, I found something that startled me but first I want to remind you that in the same letter you mislead Mr. Henzel and

1

myself and The Judge by claiming in your "exhibit b-c" as following like this " I informed Mr. Henzel that I did not- and still do not- recall telling you that I would call him". As you have been informed before I never said those words in my letter dated June 18, 2008 and I am objecting to this misconduct " see my exhibit j". I believe you are stalling the case !

Mr. Siedman, You said you could not give me the confirmatory **deposition** in that same letter dated July 02, 2008 can you explain to me the where about of the **deposition** you took from CFO Cynthia Buttita ? after all you only took one deposition ! Please look at the Memorandum where Lead Counsel say's these **Depositions** support fairness. Mr. Siedman, you even told me you had taken only ONE DEPOSITION "from Dr. Gail Brown only" in fact this was a topic in an e-mail to Mr.Henzel. Mr. Siedman, I demand a full understanding of the Missing Testimony Deposition! Please detail every aspect of the missing deposition as it may be a violation of law.

**Exhibit-J  :**

Lead Counsel Mr. Siedman mislead Mr. Henzel and Myself and The Judge in a letter dated July 2, 2008. How can Mr. Siedman use a exhibit of something that never happened ? What Mr. Siedman did say in our phone conversation was his boss would call Mr Henzel. I never stated in the letter dated June 18, 2008 Mr. Siedman would call Marc Henzel. These are your words as follows "" I informed Mr. Henzel that I did not- and still do not- recall telling you that I would call him". Now read the letter in this package dated June 18, 2008 and also read my letter dated June 05, 2008 and Mr. Siedman see that my statement is consistent. Mr. Siedman it appears went through great lengths to hide the truth. Mr. Siedman just read the way you wrote the false statement.

**Class member's answers :**

Because Mr. Siedman stated that "I informed Mr. Henzel that I did not- and still do not- recall telling you that I would call him" he made a misleading and false statement. Andrew May never said those words in the letter dated June 18, 2008.

2

**Exhibit-K   :**

    Mr. Siedman stated to Mr. Andrew R. May in that same **letter dated July 02 2008,** after asking him for factual information to support stipulation Mr. Siedman said "testimony provided as part of confirmatory discovery, as well as the confirmatory **deposition** testimony take in connection.

**Class member's answers :**

    Because this contradicts your letters and statements. Lead Counsel, Mr. Siedman mislead the shareholders and lawyers and the judge in his letter dated July 2, 2008 ( Mr. Siedman Called Exhibit a). Lead Counsel state's in the memorandum, Lead Counsel has also conducted confirmatory **DEPOSITIONS** of Defendant and Telik CFO Cynthia Buttita, as well as Telik's Chief Medical Officer, Dr. Gail Brown.

**Exhibit-L   :**

    Lead Counsel wrote to Mr. Andrew R. May in a letter dated July 2, 2008 claiming factual errors where in Andrew R May's letter dated June 18, 2008.

**Class member's answers :**

    Because of the many misleading and false statements made by Mr. Siedman I ask to the court to reject Mr. Siedman exhibits. Because a, b , c are proven fabricated and incorrect and one can clearly see exhibit d , e , f are hearsay and very confusing small talk e-mails that were a guessing game to everyone.


Respectfully submitted,

Andrew R. May

*/s/ Andrew R. May*


CC :
    **The Honorable Colleen McMahon**

CC : **Marc S. Henzel, ESQ**

Law Offices Of Marc S. Henzel

273 Montgomary Ave. Suite 202

Balacynwyd, PA 19004


CC : Counsel for Defendants Telik,

Michael F. Wick and Cynthia M. Buttita

    **Jamie A. Levitt, Esq.**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0050


CC : Counsel for the Underwriter Defendants

    **David W. Haller, Esq.**

Covington & Burling, LLP
620 Eighth Avenue
New York, New York 10018-1405